UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| NEILL S. BASSI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 07-1277 (JDB) |
| ) | |
| JARROD M. PATTEN ) | |
| 777 7th Street, N.W. ) | |
| Apartment 1026 ) | |
| Washington, D.C. 20001 ) | |
| ) | |
| and ) | |
| ) | |
| CASEY T. PATTEN ) | |
| 777 7th Street, N.W. ) | |
| Apartment 717 ) | |
| Washington, D.C. 20001 ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

Defendants Jarrod M. Patten and Casey T. Patten, by and through undersigned counsel, hereby move this Honorable Court to enter the appearance of Steven J. McCool, Esquire, Daniel T. McNamara, Esq. and Mallon and McCool, LLC to represent them in the above-captioned case.

Respectfully submitted,

_____/s/_____
STEVEN J. McCOOL
D.C. Bar No. 429369
DANIEL T. McNAMARA
D.C. Bar No. 494834
MALLON & McCOOL, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
(202) 393-7088

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of August 2007, the foregoing was filed electronically and to the best of my knowledge, information and belief, the Plaintiff will be notified through the Electronic Case Filing System.

_____/s/_____
STEVEN J. McCOOL