IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NEILL S. BASSI | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No.  07 CV 01277 (JDB) |
| | ) | |
| JARROD M. PATTEN, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

CONSENT MOTION FOR EXTENSION
OF TIME TO RESPOND TO OR ANSWER COMPLAINT

Defendants, Jarrod M. Patten and Casey T. Patten, by and through their attorneys, Steven J. McCool, Daniel T. McNamara and Mallon and McCool, LLC, respectfully move this Honorable Court for entry of an Order extending the deadline to answer or otherwise respond to Plaintiff's Complaint.  In support of its Motion, Defendants state as follows:

1.    Defendant Jarrod Patten was served with a copy of the Complaint on or about July 25, 2007.

2.    Defendants retained undersigned counsel on August 2, 2007.

3.    Undersigned counsel telephoned counsel for Mr. Bassi and advised him that undersigned counsel would accept service of the Complaint on behalf of Defendant Casey Patten.

4.    Defendants' answer or response to the Complaint is due on August 13, 2007.

5.    Last week, undersigned counsel was occupied with the following:  (1) prepared for and represented a client before the Grand Jury in DC Superior Court; (2)

prepared for and participated in a meeting at the U.S. Attorney's Office for the Eastern District of Virginia on an immigration fraud matter; (3) reviewed and produced documents to the Fraud Section of the United States Department of Justice on a Foreign Corrupt Practices Act case; (4) prepared for and negotiated terms of a potential settlement with the US Postal Service on a matter where undersigned counsel's clients are alleged to have conducted a scheme to obtain money through the mail by false representations; and (5) drafted and filed a motion to dismiss a complaint seeking declaratory judgment in DC Superior Court.  As a result, counsel has not had sufficient time to complete Defendants' response within the time set by the rules of the Court.

6.     On August 13, 2007, undersigned counsel contacted Eric Mitchell, Esq., Plaintiff's counsel, to inquire about his client's position regarding an enlargement of time within which to respond to or answer the Complaint.

7.     Mr. Mitchell kindly represented that his client has no objection to the relief sought herein.

WHEREFORE, Defendants respectfully request that the deadline for their Answer or response be extended until August 15, 2007.

Respectfully submitted,


_____/s/_____
STEVEN J. McCOOL
D.C. Bar No. 429369
MALLON & McCOOL, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
(202) 393-7088

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August 2007, the foregoing was filed electronically and, to the best of my knowledge, information and belief, the Plaintiff will be notified through the Electronic Case Filing System.


_____/s/_____
STEVEN J. McCOOL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NEILL S. BASSI                                    )
                                                  )
        Plaintiff                                 )
                                                  )
        v.                                        )        Case No.  07 CV 01277 (JDB)
                                                  )
JARROD M. PATTEN, *et al.*              )
                                                  )
        Defendants.                               )

## ORDER

Having considered Defendants' Motion for Extension to Respond to or Answer

Complaint, it is hereby:

ORDERED, that Defendants' Motion for Extension to Respond to or Answer

Complaint is GRANTED; and

It is further ORDERED that the deadline for Defendants to respond to or

otherwise answer the Complaint is extended until August 15, 2007.

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT COURT JUDGE