**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| **NEILL S. BASSI** ) | |
| ) | |
|    **Plaintiff/Counter-Defendant,** ) | |
| ) | |
| v. ) | Civil Action No.: 07-1277 (JDB) |
| ) | |
| **JARROD M. PATTEN** ) | |
| ) | |
|    **Defendant** ) | |
| ) | |
|    and ) | |
| ) | |
| **CASEY T. PATTEN** ) | |
| ) | |
|    **Defendant/Counter-Plaintiff.** ) | |

## JOINT RULE 16.3(a) REPORT

COME NOW the Plaintiff, Neill S. Bassi, by and through counsel, Eric D. Mitchell, Bode & Grenier, LLP, and the Defendants, Jarrod M. Patten and Casey T. Patten, by and through counsel, Steven J. McCool and Daniel T. McNamara, Mallon & McCool, LLC, and submit this Joint Rule 16.3 Report.

1. The parties agree that the case is not likely to be disposed of by dispositive motion. The parties anticipate the possibility of filing dispositive motions following the close of discovery.

2. The parties do not anticipate the need to amend the pleadings or add parties, but counsel submit that should such action be necessary, it will be accomplished within 30 days of the close of discovery.

3. The parties do not consent to the assignment of this case to a Magistrate Judge for all purposes, including trial.

4. At this time, it is unclear if there is a reasonable possibility of reaching a settlement of the claims in this action.

5. The parties agree that the case could benefit from mediation with a Magistrate judge.

6. Plaintiff believes that, upon completion of discovery, some claims will be appropriate for a dispositive motion.   Defendants do not believe this case can be determined by dispositive motion.

7. The parties agree to dispense with the initial disclosures required by Fed. R. Civ. P. 26(a)(1).

8. The parties request 180 days to complete discovery, and the Federal Rules of Civil Procedure and Local Rules shall govern the extent of discovery.

9. The parties agree as to the following timing for the exchange of expert witness reports and information pursuant to Fed. R. Civ. P. 26(a)(2):

    (a) Plaintiff's Expert Reports – Within 75 days of beginning of discovery.

    (b) Defendants' Expert Reports – Within 60 days of service of Plaintiff's expert reports.

10. Local Rule 16.3(c)(10) is not applicable to this action.

11. The parties do not wish to bifurcate or manage in phases any remaining issues at this time.

12. The parties request that the Court set a pretrial conference 45 days after the close of discovery.

13. Plaintiff believes that a trial date should be set at the first scheduling conference. Defendants believe that a trial date should be set at the pretrial conference.

Respectfully submitted,

BODE & GRENIER, LLP

/s/ Eric D. Mitchell_____
Eric D. Mitchell (D.C. Bar No. 438607)
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, NW
Ninth Floor
Washington D.C. 20036
Phone: (202) 828-4100
Fax: (202) 828-4130
Attorney for Plaintiff/Counter-Defendant


MALLON & McCOOL, LLC

/s/ Steven J. McCool_____
Steven J. McCool (D.C. Bar No. 429369)
Mallon & McCool, LLC.
1776 K Street, N.W.
Suite 200
Washington D.C. 20006
Phone: (202) 393-7088
Fax: (202) 293-3499
Attorney for Defendants/Counter-Plaintiff
Casey T. Patten

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| NEILL S. BASSI                                       ) | |
|                                                              ) | |
|     Plaintiff/Counter-Defendant,      ) | |
|                                                              ) | |
| v.                                                        ) | Civil Action No.: 07-1277 (JDB) |
|                                                              ) | |
| JARROD M. PATTEN                            ) | |
|                                                              ) | |
|     Defendant                                       ) | |
|                                                              ) | |
|     and                                                  ) | |
|                                                              ) | |
| CASEY T. PATTEN                               ) | |
|                                                              ) | |
|     Defendant/Counter-Plaintiff.      ) | |

## SCHEDULING ORDER

UPON CONSIDERATION of the parties' Joint Rule 16.3(a) Report and the Initial Scheduling Conference before this Court on October 3, 2007, it is this _____ day of _____, 2007, hereby

ORDERED THAT:

1. The Court shall refer this matter to a Magistrate Judge for mediation.

2. All amendments to the pleadings or joinder of new parties shall be filed within 30 days of the close of discovery.

3. The initial disclosures ordinarily required by Fed. R. Civ. P. 26(a)(1) shall be dispensed with.

4. Plaintiff shall serve his Rule 26(a)(2) Statements and expert reports by December 17, 2007.

1

5.  Defendants shall file their Rule 26(a)(2) Statements and expert reports by February 15, 2008.

6.  All discovery shall be completed by March 31, 2008.

7.  Trial in this matter shall commence on _____, 2008.

8.  The pretrial conference shall be held on _____, 2008.

       _____
       JOHN D. BATES
       UNITED STATES DISTRICT JUDGE

cc
Eric D. Mitchell
D.C. Bar No. 438607
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, NW
Ninth Floor
Washington D.C. 20036
(202) 828-4100

Steven J. McCool
D.C. Bar No. 429369
Mallon & McCool, LLC.
1776 K Street, N.W.
Suite 200
Washington D.C. 20006
(202) 293-3499