UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NEILL S. BASSI,

    Plaintiff,

        v.                          Civil Action No. 07-1277 (JDB)

JARROD M. PATTEN, et al.,

    Defendants.

## INITIAL SCHEDULING ORDER

Pursuant to the conference with the Court on October 3, 2007, and upon consideration of the parties' joint report and scheduling order, it is hereby **ORDERED** as follows:

1. Any amended pleadings or joinder of new parties shall be filed by not later than January 4, 2008.

2. The parties shall dispense with the initial disclosures under Fed. R. Civ. P. 26(a)(1).

3. Plaintiff shall serve his Rule 26(a)(2) Statements and expert reports by not later than December 17, 2007.

4. Defendants shall serve their Rule 26(a)(2) Statements and expert reports by not later than February 15, 2008.

5. All discovery shall be completed by not later than March 31, 2008.

6. Any dispositive motions shall be filed by not later than April 30, 2008, which is thirty (30) days following the close of discovery. Oppositions and replies, if any, shall be filed in accordance with the Federal Rules of Civil Procedure and the

        Local Rules of this Court.

7.       A status conference shall be held on April 1, 2008, at 9:00 a.m.

**SO ORDERED**.

                                  /s/ John D. Bates
                                  JOHN D. BATES
                              United States District Judge

Dated:   October 3, 2007