UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| NEILL S. BASSI | ) |
|    Plaintiff/Counter-Defendant, | ) |
| v. | ) Civil Action No. 07-1277 (JDB) |
| JARROD M. PATTEN | ) |
|    Defendant | ) |
|    and | ) |
| CASEY T. PATTEN | ) |
|    Defendant/Counter-Plaintiff. | ) |

**ENTRY OF APPEARANCE OF COUNSEL FOR
COUNTER-DEFENDANT NEILL S. BASSI**

Please enter the appearance of Charles L. Simmons, Jr., Angela D. Sheehan and the firm of Gorman & Williams as counsel for Counter-Defendant Neill S. Bassi in this action pursuant to Local Civil Rule 83.6.

                                           GORMAN & WILLIAMS

                                           /s/ Charles L. Simmons, Jr.
                                           Charles L. Simmons, Jr. (D.C. Bar No.454883)
                                           Angela D. Sheehan (D.C. Bar No. 420338)
                                           Gorman & Williams
                                           Two North Charles Street
                                           Suite 750
                                           Baltimore, Maryland  21201
                                           Phone:  (410) 528-0600
                                           Fax:  (410) 528-0602
                                           Attorneys for Counter-Defendant Bassi

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 19th day of November 2007, a copy of the foregoing Entry of Appearance as Counsel for Counter-Defendant was electronically sent to the following:

Steven J. McCool, Esq.
Dan McNamara, Esq.
Mallon & McCool, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
Attorneys for Defendants/Counter-Plaintiff

and

Eric D. Mitchell, Esq.
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, NW
9th Floor
Washington, D.C. 20036
Attorneys for Plaintiff

                                /s/ Charles L. Simmons, Jr.