**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | | |
|---|---|---|
| NEILL S. BASSI | ) | |
| | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.: 07-1277 (JDB) |
| | ) | |
| JARROD M. PATTEN, et al. | ) | |
| | ) | |
|     Defendants. | ) | |

## PLAINTIFF'S RULE 26(a)(2) DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(2) and this Court's Scheduling Order, Plaintiff

Neill S. Bassi, by undersigned counsel,  hereby discloses to all other parties the identities

of persons who may be used at trial to present evidence under Rules 702,  703, or 705 of

the Federal Rules of Evidence.

      1.     Marc D. Connell, M.D.
            Washington Orthopaedics & Sports Medicine
            2021 K Street, N.W.
            Suite 516
            Washington, D.C. 20006

Dr. Connell is Plaintiff's board-certified treating orthopedic surgeon.  Dr. Connell

is expected to provide expert testimony concerning, *inter alia*, the cause, extent, and

permanency of the injuries and damages sustained by Plaintiff as a result of the incident

giving rise to this litigation, the necessity of the medical care he has received and will

receive in the future for his injuries, and the amount of and reasonableness of the costs

related to his past, present, and future medical care.  A copy of Dr. Connell's written

report is attached hereto as Exhibit 1 and incorporated herein per the requirements of

Rule 26(a)(2)(B), along with a copy of his curriculum vitae.

2.      Susan B. Trachman, M.D.
        8301 Arlington Boulevard
        Fairfax, VA 22031

Dr. Trachman, a board-certified psychiatrist, is expected to provide expert testimony concerning, *inter alia*, the damages suffered by Plaintiff as a result of the incident giving rise to this litigation, including without limitation, the cause and extent of Plaintiff's psychiatric injuries, the necessity of the psychiatric/psychological care he will need in the future for such injuries, and the amount and reasonableness of the costs related thereto. A copy of Dr. Trachman's written report is attached hereto as Exhibit 2 and incorporated herein per the requirements of Rule 26(b)(2)(B), along with a copy of her curriculum vitae.

Each of the aforementioned reports is based upon the factual information presently available, and thus may require supplementation to the extent that additional pertinent information is produced or discovered.

Plaintiff reserves the right to offer qualified opinion testimony from individuals who provided medical services to Plaintiff, but have not been retained by Plaintiff to provide expert testimony in this case. These individuals were identified in Plaintiff's Answers to Defendant Jarrod Patten's Interrogatories, as well as in the medical records produced by Plaintiff.

Plaintiff also reserves the right to designate rebuttal expert witnesses in response to the designations of testifying expert witnesses by the other parties. Plaintiff also reserves the right to call to testify at trial, and/or to rely on the testimony or report(s) of any expert witnesses designated by any of the parties.

Respectfully submitted,

By:    /s/ Eric D. Mitchell
       Eric D. Mitchell
       D.C. Bar No. 438607
       Bode & Grenier, L.L.P.
       1150 Connecticut Avenue, N.W.
       Ninth Floor
       Washington, D.C.  20036
       (202) 828-4100
       (202) 828-4130 (fax)
       *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of December, 2007, I served a true and accurate copy of Plaintiff's Rule 26(a)(2) Disclosures and the reports identified herein, by electronic case filing and U.S. Mail, postage-prepaid upon:

Steven J. McCool, Esquire
Dan McNamara, Esquire
Mallon & McCool, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006

Charles L. Simmons, Esquire
Angela D. Sheehan, Esquire
Gorman & Williams
Two North Charles Street
Suite 750
Baltimore, MD 21201

/s/ Eric D. Mitchell

# EXHIBIT 1



**WOSM**

WASHINGTON ORTHOPAEDICS
& SPORTS MEDICINE

2021 K Street, NW
Washington, DC 20006

Suite 400
Phone: 202.466.5151
Fax: 202.466.4072

Suite 516
Phone: 202.833.1147
Fax: 202.296.2515

5484 Wisconsin Avenue
Suite 1000
Chevy Chase, MD 20815
Phone: 301.657.1996
Fax: 301.951.6160

Richard W. Barth MD
*Hand and Wrist*
*Upper Extremity*

Marc D. Connell MD
*Sports Medicine and Arthroscopy*
*Joint Replacement*

Richard M. Grossman MD
*Sports Medicine and Arthroscopy*
*Adult Reconstruction*

Stephen S. Haas MD
*Sports Medicine*
*General Orthopaedics*

Randall J. Lewis MD
*Joint Replacement*
*Adult Reconstruction*

Edward G. Magur MD
*Foot and Ankle*
*General Orthopaedics and Arthroscopy*

David P. Moss MD
*Hand, Wrist, Elbow*
*Upper Extremity*

Jonas R. Rudzki MD
*Sports Medicine and Arthroscopy*
*Shoulder, Elbow and Knee*

Benjamin S. Shaffer MD
*Sports Medicine and Arthroscopy*
*Shoulder, Elbow and Knee*

John K. Starr MD
*Spine Surgery*
*Complex Reconstruction*

Anthony S. Unger MD
*Joint Replacement*
*Hip, Knee and Shoulder*

www.wosm.com

December 12, 2007

Eric D. Mitchell, Esq.
Bode & Grenier, LLP
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, D.C. 20036

RE:    BASSI, NEILL

Dear Mr. Mitchell:

This is a medical summary regarding the case and care of my patient/your client Mr. Neill S. Bassi. All of my opinions in this report are to a reasonable degree of medical probability. My opinions are based upon my medical education and training, my knowledge, skill, and experience, my examination and treatment of Mr. Bassi, and my review of Mr. Bassi's medical records. I am an expert in the field of orthopedic surgery. Attached hereto is a copy of my curriculum vitae detailing my qualifications and experience. My publications are listed in my curriculum vitae.

As you know Mr. Bassi was injured on January 14, 2007. While working at a local pub Neill was attacked by two men. One apparently grabbed his right dominant arm and forcibly brought it behind his back sustaining a severe injury to the right shoulder. It was immediately realized the following day by the training staff at Georgetown University Athletic Department that Neill had sustained a subluxation of his right shoulder. He was treated for a short period of time by the staff at the training room down at Georgetown University.

Neill came under my care on February 8, 2007. After outlining the history as described above I had the opportunity to examine Neill. Based on the outcome of that meeting I ordered an arthrography/MRI of the shoulder. The results of that are a matter of record but in essence it showed an extremely large labral tear consistent with the patient's mechanism of injury. Based on the size and location of the tear it was clear that arthroscopic and possible open repair of this massive capsular and labral injury of the shoulder joint was necessary.

That surgery was undertaken by myself and my partner Dr. Jonas R. Rudzki on March 13, 2007. We repaired a massive tear of the labrum and biceps origin. A significant injury to the glenoid articular surface was also recognized and treated with removal of loose cartilage, loose bodies and coverage of the defect with the

RE: BASSI, NEILL
12/12/2007
Page 2

labral reconstruction. Please see the operative report for details regarding that procedure. We also have extensive arthroscopic pictures available for review of the pertinent pathology.

Neill followed the postop regimen dutifully including close follow up at first weekly and then monthly intervals. We started early rehabilitation about a month out from surgery and continued physical therapy in a guarded manner through the summer of 2007. I have seen Neill very recently and he continues to make good progress postoperatively. His last visit on 10/29/07 revealed a continued slight loss of internal rotation in comparison with the opposite side. Otherwise, full range of motion was noted. He continues to have mildly positive impingement findings and excellent strength of all muscle groups.

I expect Neill will continue to make gains albeit it more slowly as we get closer to one year postoperative. I have asked him to return for ongoing treatment around the 1st of 2008. I would not be at all surprised if we saw ongoing improvement well into the second year postoperative.

First, let me state unequivocally that I think that the injury pattern that Neill sustained demonstrates a very severe trauma to the shoulder that required a large amount of force. It is rare that we see a labral tear of this magnitude short of an industrial or motor vehicle accident. Certainly a tremendous amount of force had to be applied by another human being in order to sustain this injury pattern. Also, I think the injury pattern is completely consistent with the mechanism described by Neill and documented both by myself as well as the training room at Georgetown University. I do anticipate that he will make a full recovery. However, with a labral tear of this magnitude it is possible that further arthroscopic evaluation and treatment for an unhealed segment of the labrum could be necessary in the future. This will be dictated by symptoms as we go through time longitudinally. I would not anticipate making a decision on that until he has returned to full, unrestricted activities and no further problems are encountered. He may well be left with a permanent partial disability including restricted internal rotation that was observed at his last visit. It is still a bit too soon to say for sure on that. The surgical fees and hospital charges for such a future arthroscopic surgery, if needed, should be within the range of $12,000 to $30,000.

In the meantime Neill will continue with his home physical therapy. He is presently debating the merits of returning to college lacrosse as he stills feels a sense of vulnerability in the shoulder now at the nine month mark postoperative.

I will certainly update you further on his condition and any future recommendations based on additional office visits.

I have reviewed the following treatment records of Mr. Bassi:

1.  Georgetown University Sports Medicine Department (1/14/07 -- 6/16/07)
2.  Washington Orthopaedics & Sports Medicine, P.A. (2/8/07 -- present)
3.  Diagnostic Reports at Sibley Memorial Hospital (2/14/07)
4.  Sibley Memorial Hospital (3/13/07 -- 3/14/07)
5.  Surgical and Anesthesia Associates (3/13/07)
6.  C.O.R.E. Physical Therapy (4/17/07 -- 5/11/07)
7.  Active Care Physical Therapy (5/21/07 -- 8/8/07)

It is my opinion to a reasonable degree of medical probability that these treatments have all been medically necessary and reasonable.

I have also reviewed the bills related to the above health care providers. It is my opinion that all of the fees for Mr. Bassi's treatment are reasonable.

RE: BASSI, NEILL
12/12/2007
Page 3

I may use the documents listed above as exhibits, as well as arthroscopic pictures, diagnostic studies, medical illustrations, anatomical models, and/or an art pad, to explain my opinions.

My compensation rates for work and testimony in this case is $500/hr for records review; $1000/hr for deposition; and $3,500/half-day for trial.

I have occasionally provided expert testimony during the last four years but have not catalogued this information.

If there are any other questions regarding this issue, please do not hesitate to contact me.

Sincerely,

Marc D. Connell, M.D.
MDC:JH:RT:292462

**Marc D. Connell, M.D.**

5454 Wisconsin Avenue, Suite 1000
Chevy Chase, Maryland 20815

2021 K Street, NW, Suite 420
Washington, DC 20006

**PROFESSION:**   Orthopaedic Surgeon in private practice. Partner. Drs. MacCartee, Haas, Grossman, Connell, and Shaffer, M.D., P.A.

Clinical Instructor in Orthopaedic Surgery, Georgetown University School of Medicine.

Assistant Clinical Professor of Orthopaedics, George Washington University School of Medicine.

Team Physician:
Washington Capitals Hockey Team 1993-1999.
Washington Wizards Basketball Team 1993-2004.
Washington Mystics Basketball Team 1998-2004.
Chief Medical Officer: World Cup Soccer, 1994, Washington, DC Venue.
Chief Medical Officer: Olympic Soccer, 1996, Washington, DC Venue.

**EDUCATION:**

| | |
|---|---|
| August 92 - July 93 | Sports Medicine Fellow, PGY-7, Yale University |
| July 86 - June 92 | Residency in Orthopaedic Surgery Georgetown University, Washington, DC |
| August 82 - May 86 | Doctor of Medicine Georgetown University, Washington, DC |
| August 81- May 83 | Master of Science in Physiology Georgetown University, Washington, DC |
| August 77 - May 81 | Bachelor of Arts in History Georgetown University, Washington, DC |

**PROFESSIONAL AND TEACHING EXPERIENCE:**

| | | |
|---|---|---|
| March | 2000 | American Academy of Orthopaedic Surgeons |
| March | 1999 | Yale Orthopaedic Association, Bermuda |
| July | 1998 | American Orthopaedic Society for Sports Medicine, Vancouver, B.C. |
| June | 1998 | Moderator, Yale Senior Disputations, New Haven, CT. |
| March | 1997 | American Academy of Orthopaedic Surgeons, San Francisco, CA. |
| April | 1996 | Arthroscopy Association of North America, Washington, DC. |
| March | 1995 | Academy Review Course, Chicago, IL. |
| April | 1994 | Arthroscopy Association of North America, Orlando, FL |
| July | 1993 | American Orthopaedic Society for Sports Medicine Annual Meeting, Sun Valley, ID. |
| February | 1993 | AAOS Annual Meeting, San Francisco, CA. |
| 1991  -- | 1992 | Administrative Chief Resident, Medical Student Coordinator, Georgetown University, Department of Orthopaedics. |
| February | 1992 | AAOS Annual Meeting, Washington, DC. |
| January | 1992 | Lecturer in Orthopaedics, Georgetown Clinical Society Meeting, Crested Butte, CO. |
| May | 1991 | University of Pennsylvania Orthopaedic Pathology Course, Atlantic City, NJ. |
| October | 1990 | TSRH Orthotics and Prosthetics, Course, Dallas, TX. |
| October | 1988 | Pediatric Orthopaedics Update, Washington, DC. |

**PUBLICATIONS AND PRESENTATIONS:**

"A Muscle Contusion Injury Model: Biomechanics, Physiology, and Histology." Winner of the Cabaud Memorial Research Award for Excellence in Basic Science Research. AOSSM Annual Meeting, July 1993.

The Aging Athlete, in The Upper and Lower Extremity in Sports Medicine, edited by Nicholas and Hershman, 2nd Edition, in print.

Essentials of Orthopaedics, Chapter author and editor, W.B. Saunders, March 1993.

Natural History and Pathogenesis of Cervical Disk Disease, Orthopaedic Clinics of North America, July 1992.

Uncemented Total Hip Arthroplasty in the Adolescent. Poster presentation, AAOS Annual Meeting, 1992.

**Medical Licenses:**

Maryland Issued 7-93
District of Columbia Issued 11-91

**PROFESSIONAL SOCIETIES:**

American Board of Orthopaedic Surgery, Certified, 1995
American Academy of Orthopaedic Surgeons, Fellow, 1997
National Board of Medical Examiners, Diplomat 11-87
The Osler Society 1995-2004
Georgetown Clinical Society 1994-2004

**PERSONAL DATA:**

DOB: August 11, 1958
Married to Mary Beth Connell, M.D.
Children:      Marc, Jr.        Age 9
               Woods            Age 5
               Catherine        Age 3

# EXHIBIT 2

**Susan B. Trachman, M.D.**
**8301 Arlington Blvd.**
**Fairfax, VA 22031**
**Telephone (703) 573-8259**
**Fax (703) 573-5429**
**Tax ID: 071425242**
**Email: TrachmanM@aol.com**

November 30, 2007

**Re: Neill Bassi v. Jarrod M. Patten and Casey T. Patten**

Eric D. Mitchell, Esq.
Bode and Grenier, LLP
1150 Connecticut Avenue NW
Washington, D.C. 20036-4129

Dear Mr. Mitchell,

   Pursuant to your request, I conducted an independent medical assessment on
Neill S. Bassi who I saw on November 20 for two hours in my office. In addition to
the evaluation of the claimant, I reviewed the documents listed in the following
section. Prior to beginning the evaluation, Mr. Bassi was informed that I was
hired by your firm and as such, no confidentiality would exist. In addition, I told
him that I would be preparing a report that included the material which we
addressed and that it might or might not help his case. Mr. Bassi was also
reminded that I would not at any time be his treating psychiatrist. He indicated
that he understood the guidelines of the evaluation and agreed to proceed.

**Records Reviewed:**

Complaint and Jury Demand
Georgetown University Sports Medicine records 1/14-6/16/07
Washington Orthopedics and Sports Medicine P.A. records 2/8/-7-present
Sibley Memorial Hospital records 2/14/07-3/13/07
Surgical and Anesthesia Associates records 3/13/07
C.O.R.E. Physical Therapy records 4/17-5/11/07
Active Care Physical Therapy records 5/21-8/8-7
Post Surgery Photographs of Claimant

**Summary of Case:**

   Neill Bassi is a 21 year old Georgetown University senior who is a member of
the varsity lacrosse team. He told me that on Saturday, January 13, 2007 (which
he called the "worst day of my life") he was working at his job as an entry fee

collector at Smith Point, a well known bar in Georgetown. In that capacity, he collected coverage fees from those entering the bar prior to 2:00am. Apparently, the bar rules indicated that no one was to be admitted after that time. At approximately 2:30 a.m. on Sunday, January 14, 2007, two men approached the doorway demanding to be admitted. The claimant explained the bar rules and told them that they could not come in. According to Mr. Bassi, the two men became verbally abusive and he went inside the bar to ask for assistance from two of the bar bouncers. One of the men punched a bouncer in the face at which point Mr. Bassi stepped out of the bar onto the sidewalk. At approximately that time, the larger of the two men charged at him at full speed and wrenched his right arm up behind him. At that point, he said that his shoulder "went numb" and he heard a "pop." The police arrived but he did not file a report assuming that the bar owner did not want to become involved in a legal dispute. Mr. Bassi suffered a great deal of pain later that evening and applied ice with the help of his girlfriend. The next day, he saw a trainer at Georgetown who told him that he was okay and gave him a sling. When he did not improve, he saw a private physician who told him that he had suffered a severe tear in the posterior aspect of his shoulder joint and would require surgery. In the interim, he tried to rehabilitate the shoulder for almost two months without success. Surgery on his injured shoulder occurred in March of 2007.This past summer; he said was "awful". The rehabilitation was "very painful" as was the recovery from surgery. He told me that he "hates what they (the attackers) did to me" and the toll that his injury has taken on his family. He regrets that his mother had to take care of him and that his father had to suffer a great deal of anxiety. Mostly, he is mournful over the fact that everything he worked for to build up his lacrosse skills to an elite level will likely never again be achievable due to the results of the injury.


**Past Psychiatric History:**
  None

**Family History:**

 The claimant's brother has been treated for depression. He also believes that his sister may suffer from depression.

**Medical History:**

Situational hypertension.

**Medications:**

Pain medication has been prescribed. He tries to take only an occasional nonsteroidal, especially when he tries to exercise.

**Drug/Alcohol History:**

Mr. Bassi drinks occasionally. There is no history of drug abuse.

**Personal/Social History:**

Neil Bassi is one of three children. He has an older sister and a younger brother. Both of his parents who are attorneys live in San Francisco and own their own law firm. He describes them as loving and supportive. When he was a sophomore in high school, he realized that if he wanted to attend an elite college, he would likely have to play a sport. Since he was a gifted lacrosse player, he researched high schools in the country with the highest ranking lacrosse teams. He found Georgetown Prep in Maryland and convinced his parents that this would be a good choice for him. As a junior, he made the varsity lacrosse team and after a semester of feeling lonely and homesick, finally made close friends on the team. As his skills continued to improve, he worked on his academics as well and was admitted to Georgetown University which had been his "dream school." He told me that he loved Georgetown and loved playing for the team. After the assault, his coaches took him aside and told him that he might not be able to play again. Still, he works out with the team and attends practice although he generally sits on the bench or helps out the coaches with equipment during drills. In addition to playing lacrosse, he told me that he generally "loved to play sports and work out." Now, even limited exercise causes him pain and he is hesitant to play even pick up basketball for fear of reinjuring his shoulder.

**Employment History:**

Doorman at Smith Point. He resigned after the assault.

**Activities of Daily Living:**

Mr. Bassi lives in a multiperson house. Most of his roommates are teammates from the lacrosse team. He attends weight lifting with the team and goes to class. Then he attends team practice but is limited in terms of his activity. He has a long-term girlfriend to whom he is very close. Although he and his girlfriend still go out to the movies and attend parties, he does not enjoy socializing as much as he did prior to the assault.

**Current Psychiatric Treatment:**

None.

**Mr. Bassi's Description of Limitations on his Functioning:**

The claimant told me that he can no longer run, since the impact of running hurts his shoulders. He is very limited in terms of weight lifting and although he can bench 200 pounds he is in constant pain while doing so. Due to these limitations, he can no longer enjoy one of his most favored activities which he said was working out. He is awakened from sleep because of the pain in his shoulder and can only sleep in limited positions.

**Mental Status Exam:**

Mr. Bassi arrived on time and was neatly dressed in his lacrosse sweat suit. He was easy to engage and readily answered my questions. He was alert and oriented and had an excellent fund of knowledge. His thought form was goal directed. His thought content was negative for any psychotic process. His judgment and insight were good. His mood was slightly anxious and his affect was appropriate. He cried openly when talking about how much he feels that he's lost as a result of the assault. Sports and particularly lacrosse were a huge part of his life and he misses the activity as well as the companionship that it gave him. He endorsed the following symptoms: disturbed sleep, particularly as his mind wanders and he worries about getting a job, decreased appetite with a 10-15 pound weight loss, decreased energy, decreased interest in usual activities, tearful, anxious, irritable, and mood which he rated as a "4 out of 10." In addition, he told me that he feels less confident, and avoids locations in Georgetown that remind him of the bar where the assault occurred. When he sees the bar owner or his wife on the street, he "feels anxious and sick to his stomach." He also said that he is increasingly vigilant on the street and worries about being attacked. He tries hard to avoid thinking about the assault, but it intrudes into his consciousness on a fairly regular basis. He is also "more emotional" and cries at times without provocation. He told me that his roommates feel that he is more edgy and short with them.

**Diagnosis:**
    I. Depression, single episode
     Symptoms of Post Traumatic Stress Disorder
    II. Deferred
    III. Hypertension
    IV. Severe, recovery from serious accident, pending lawsuit
    V. GAF: 70

**Impression:**

Neill Bassi is a twenty one year old Georgetown senior who was looking forward to his last year at college with great anticipation both academically and

athletically until he was assaulted in the course of performing his job at a Georgetown bar. Since that time, he has experienced great physical and emotional trauma. Clearly, the physical trauma persists and it is likely that he will never return to his prior level of athletic functioning. With respect to his psychiatric diagnosis, it is the direct result of the assault that he received on January 14, 2007. Prior to that night, he had no psychiatric history and encountered nothing in his life that in any way would cause his current symptoms. Unfortunately, he has not received any psychiatric help to date. I would recommend an evaluation by a board certified psychiatrist who will likely prescribe an antidepressant and psychotherapy to help him come to terms with his loss. In general, with a good premorbid history such as his and no confounding illness the recovery from depression generally takes from 6-12 months. The cost for this is variable but assuming weekly therapy and a monthly prescription for an antidepressant, the cost should be within the range of $10-12,000.00. Side effects from antidepressants are variable but may include headache, nausea, agitation, and a decrease in sexual interest and function. These opinions are all made within a reasonable degree of medical certainty and are based upon information available to me at this time. I may use the documents identified herein as exhibits, as well as the diagnostic criteria for posttraumatic stress disorder to explain my opinions.

Sincerely,

Susan B. Trachman, M.D.
Virginia license #0101042663
Diplomate, American Board of Psychiatry and Neurology
Added Qualifications in Forensic Psychiatry
Associate Clinical Professor of Psychiatry, Georgetown University
Associate Clinical Professor of Psychiatry, George Washington University

**Susan B. Trachman, M.D.**
**8301 Arlington Blvd.**
**Fairfax, VA 22031**
**Telephone (703) 573-8259**
**Fax (703) 573-5429**
**Tax ID: 071425242**
**Email: TrachmanM@aol.com**

November 30, 2007

**Re: Neill Bassi v. Jarrod M. Patten and Casey T. Patten**

Eric Mitchell, Esquire
Bode and Grenier, LLP
1150 Connecticut Avenue, NW
Washington, D.C. 20036-4192

Pursuant to your request, I have compiled a list of all charges submitted to your firm to date for payment as an expert witness in the above referenced case.

Sincerely,

Susan B. Trachman, M.D.
Associate Clinical Professor of Psychiatry, Georgetown University
Associate Clinical Professor of Psychiatry, George Washington University

Retainer received: $2,000.00
Hourly rate: $400.00
Current hours worked: 6
Current fee (as of 12/5/07) $2,800.00

In addition, should any deposition or trial presence be required the fee will be billed at $400.00 per hour prepaid.

**Susan B. Trachman, M.D.**
**8301 Arlington Blvd. #505**
**Fairfax, VA 22031**
**Telephone (703) 573-8259**
**Fax (703) 573-5429**
**Email:  TrachmanM@aol.com**
**Tax ID: 071425242**

November 30, 2007

Expert Witness Testimony 2002-2007


Gregory Miller, Administrator of the Estate of Theresa M. Miller v. John L. Hendrickson,
M.D., Randall A. Scott, M.D. and Centra Health, Inc.
*Woods, Rogers and Hazelgrove, Roanoke, Virginia*  2002  (Defense)

Antoinette Byrdsong v. Forest Hill Manor et. al.
*Williamson and Lavecchia, L.C. Richmond, Virginia 2003*   (Plaintiff)

Berkeley Ltd. Partnership v. BLP
*Winston and Strawn Washington, D. C. 2003*    (Defense)

Ralph Hartman v. Gregory Peck et. al.
*BeatyTiller Richmond, Virginia 2006*   (Defense)

Schneider v. Harco et al
*McGuire Woods Fairfax, Virginia 2006* (Defense)

Luciano v. Gibbs
Cir Ct. Mont Co.
*Bode Grenier Washington, D.C. 2007* (Plaintiff)

Ellis v. Colonnade Condominium Council, et al
*Kiyonaga and Soltis, P.C. District of Columbia 2007* (Plaintiff)


Susan B. Trachman, M.D.
Associate Clinical Professor of Psychiatry, Georgetown University
Associate Clinical Professor of Psychiatry, George Washington University

SUSAN B. TRACHMAN, MD
8301 Arlington Blvd. Suite#505
Fairfax, Va. 22031
Telephone (703)573-8259
Fax (703)573-5429
Email: TrachmanM@aol.com
Tax ID: 071425242

**PERSONAL**
Date of Birth: August 21, 1955
Place of Birth: New York
Marital Status: Married

**EDUCATION**
1977 B.A. Magna Cum Laude State University of New York at
Albany
1979 M.S.W. (Honors) University of Maryland School of Social
Work and Community Planning
1986 M.D. (Honors) University of Texas Health Science Center
at Houston

**PROFESSIONAL TRAINING**
1997-1998 Fellow in Forensic Psychiatry, University of
          Pennsylvania Medical Center. Robert L. Sadoff,
          Director
1990-1991 Fellow in Consultation Liaison Psychiatry,
          Georgetown University Medical Center/Fairfax
          Hospital. Thomas N. Wise, Director
1989-1990 Chief Resident and Inpatient Attending
          Psychiatrist, Department of Psychiatry, George
          Washington University Medical Center.
1987-1989 Resident in Psychiatry, George Washington
          University Medical Center
1986-1987 Categorical Internship, George Washington
          University Medical Center.

**HONORS AND AWARDS:**
1986: Alpha Omega Alpha National Honor Medical Society
1986: Janet Glasgow Memorial Award University of Texas
Medical School
2000: Who's Who in American Professional Women
2006: Consumer's Research Council of America "Best
Psychiatrists in America"

**PROFESSIONAL POSITIONS/APPOINTMENTS**
2006-Associate Clinical Professor of Psychiatry, George
Washington University Medical Center

2001-Present Associate Clinical Professor of Psychiatry,
Georgetown University Medical Center
1991-Present Private Practice in Psychiatry Fairfax, Virginia
1992-1999 Senior Psychiatric Consultant George Mason
        University Counseling Center.
1991-Present Clinical Supervisor and attending physician
        fellowship program in consultation liaison
        psychiatry, Georgetown University/Fairfax Hospital
1990-2001  Assistant Clinical Professor of Psychiatry,
        Georgetown University Medical Center
1988-1990  Instructor in Psychiatry, George Washington
University Medical Center
1988-1990 Emergency Psychiatrist, Northwest Center for
Community Mental Health
1979-1982 Social Worker,Plainview-Old Bethpage Public School
System

## ADDITIONAL PROFESSIONAL ACTIVITIES

1993-Present Consultant, Depression After Delivery:National
        Association for Postpartum Disorders.
1990-1991 Consultation Liaison Psychiatry Supervisor of PGY-1
        Residents, Georgetown University Medical Center
1990-1991 Clinical Supervisor for Medical Oncology Social
        Work Staff, Fairfax Hospital
1989-1990 Clinical Supervisor for PGY-2 Residents, George
        Washington University Medical Center, Department of
        Psychiatry
1989-1990 Seminar Leader, Psychopathology course for second
        year medical students, George Washington University
        Medical Center
1989-1990 Seminar Leader, Interviewing course for second year
        medical students, George Washington University Medical
        Center.
1988-1990 Member, Residency Training Committee, Department of
        Psychiatry, George Washington University Medical Center

## RESEARCH ACTIVITIES

1989-1990 "Evaluating Predictors of Post-Partum Depression,
        Departments of Psychiatry and Obstetrics and Gynecology,
        The George Washington University Medical Center
1982-1983 Research Elective, "Cognitive Performance in
        Pediatric Patients after Intrathecal Methotrexate,"
        University of Texas Medical School and M.D. Anderson
        Tumor Institute
1976-1977 Senior Research Elective, SUNY at Albany "Motive to
        Avoid Success in College Women," Presented at the
        Annual Meeting of the Eastern Psychological Association

**PUBLICATIONS**

Trachman,S.B.,Begun,D.L.,and Kirsch,D.G.: Carcinomatosis Presenting as Delirium: A Case Report. **Psychosomatics** Vol 32:4,pp.455-457. 1992

Trachman S.B.: Buspirone Induced Psychosis in an HIV Positive Man. **Psychosomatics** Vol 33:3, pp.332 -335. 1992

Trachman,Susan B., M.D. The Dual Role Dilemma: **Fairfax Bar Journal**,Vol.XXVI, No.3, March 1999.

Trachman,Susan B., M.D. The Dual Role Dilemma: **Journal of the Arlington Bar Association**, January 1999.

Trachman, Susan M.D. Post-traumatic stress disorder in litigation, in Kittaef, Jack PhdJD **Phantom Psychological Phenomenon, Pseudoscience, and Junk Science.** Cambria Press 2007.

**LICENSURE**

1998 Diplomate, American Board of Psychiatry and Neurology, Subspecialty in Forensic Psychiatry
1991 Diplomate, American Board of Psychiatry and Neurology, General Psychiatry
1988 Medicine and Surgery, Commonwealth of Virginia, #0101042663
1987 Diplomate, American Board of Medical Examiners, #320697

**PRESENTATIONS**

May 2003 " Treatment of Depression in the Medically Ill" Grand Rounds Presentation at Hagerstown Medical Center Hagerstown, Maryland

March 2003 "Mood Disorders Throughout the Female Life Cycle" Presentation for Pfizer sponsored CME Tyson's Corner Virginia

December 2002 "Treatment of Depression" Guest Speaker for the Northern Virginia Epilepsy Foundation Burke, Virginia

September 2002 "Somatoform Disorders" Presentation for the Fairfax Women's Psychiatric Journal Club Tyson's Corner Virginia

March 2001 "Sleep Disorders" Presentation for Life with Cancer INOVA Fairfax Hospital, Fairfax Virginia

October 2001 "Depression in the Medically Ill" Presentation for Life with Cancer Program, INOVA Fairfax Hospital, Fairfax, Virginia

October 2000 "Women and Depression" Presentation at Women's Health Conference Fairfax Hospital, Fairfax Virginia

May 1998 "Predicting Workplace Violence". Presentation to Employee Assistance Staff, United States Pentagon

May 1998 "Premenstrual Syndrome." Presentation for the Women's Health Resource, Fairfax Hospital Fairfax Virginia

Nov 1997 "Eating Disorders". Presentation for the Women's Health Resource, Fairfax Hospital Fairfax Virginia

Nov 1996 "Depression and Medical Illness". Presentation to the Department of Oncology, Fairfax Hospital Fairfax Virginia

May 1992 "Depression and Medical Illness". Presentation to the Endometriosis Alliance of Greater Washington, Columbia Hospital for Women Washington D.C.

Mar 1992 "Women and Depression: Facts and Myths". Presentation for Clinical Conversations, Dominion Hospital Falls Church Virginia

Jan 1992 "Physical Illness and Depression". Presentation to the Mental Health Association of Northern Virginia Fairfax Virginia

Apr 1988 "Multiple Personality Disorder". Grand Rounds Presentation, Department of Psychiatry, George Washington University Medical Center Washington D.C.

**PROFESSIONAL MEMBERSHIPS**
Virginia Medical Society
Virginia Psychiatric Society
American Academy of Psychiatry and the Law
Academy of Occupational and Organizational Psychiatry
Academy of Psychosomatic Medicine