UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **NEILL S. BASSI** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 07-1277 (JDB) |
| | ) | |
| **JARROD M. PATTEN, et al.** | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO PERMIT
NON-MEMBER ATTORNEY TO APPEAR *PRO HAC VICE*** 

Pursuant to LCvR 83.2(d), Eric D. Mitchell, Esquire, attorney for Plaintiff/Counter-Defendant Neill S. Bassi, hereby moves this Court for an Order permitting Frank F. Sommers, IV, Esquire, a non-member of this Court, to appear *pro hac vice* in the above-captioned matter on behalf of Plaintiff/Counter-Defendant, stating:

1.  Frank F. Sommers, IV is a licensed attorney, and a founding partner of the law firm of Sommers & Schwartz LLP.  Mr. Sommers is a member in good standing of the Bar of California and the United States District Court for the Northern and Eastern Districts of California.

2.  The undersigned counsel is a member of the Bar of this Court and will continue as co-counsel for Plaintiff/Counter-Defendant in this matter.

3.  Pursuant to LCvR 83.2(d), the declaration of Frank F. Sommers, IV is attached as Exhibit 1.

4.  Pursuant to LCvR 7(m), undersigned counsel has discussed the instant motion with opposing counsel, who does not oppose the relief requested herein.

WHEREFORE, Eric D. Mitchell, Esquire, attorney for the Plaintiff/Counter-Defendant, respectfully requests the Court enter an Order permitting Frank F. Sommers, IV, Esquire, to appear *pro hac vice* as co-counsel for Plaintiff/Counter-Defendant in this case.

Respectfully submitted,

BODE & GRENIER, LLP

/s/ Eric D. Mitchell_____
Eric D. Mitchell (D.C. Bar No. 438607)
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, NW
Ninth Floor
Washington D.C. 20036
Phone: (202) 828-4100
Fax: (202) 828-4130
Attorney for Plaintiff/Counter-Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of January, 2008, a copy of the foregoing motion was served by electronic filing upon:

Steven J. McCool, Esquire
Dan McNamara, Esquire
Mallon & McCool, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
Attorneys for Defendants

Angela D. Sheehan, Esquire
Gorman & Williams
Two North Charles Street
Suite 750
Baltimore, MD 21201
Attorneys for Counter-Defendant Bassi

  /s/_____
Eric D. Mitchell

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **NEILL S. BASSI** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**JARROD M. PATTEN, et al,** )<br>)<br>Defendants. ) | Civil Action No.: 07-1277 (JDB) |

**FRANK F. SOMMERS' DECLARATION IN SUPPORT OF
UNOPPOSED MOTION TO PERMIT NON-MEMBER TO APPEAR
*PRO HAC VICE***

Pursuant to LCvR 83.2(d), I, Frank F. Sommers, a non-member of this Court, hereby declare as follows:

1. My full name is Frank F. Sommers, IV.

2. My office address and telephone number are:

    Frank F. Sommers, IV
    Sommers & Schwartz LLP
    550 California Street
    The Sacramento Tower, Suite 700
    San Francisco, California 94104
    Phone: (415) 955-0925
    Fax: (415) 955-0927

3. I have been admitted to the following bars: the State Bar of California and the US District Court for the Northern and Eastern Districts of California.

4. I have not been the subject of any disciplinary action by the Bar or courts of any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

1

6. I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia Bar, and do not have an application pending.

7. I have tried approximately twenty cases to verdict as sole or lead counsel in Federal and California State courts. In addition, I have been a trial practice instructor for the National Institute of Trial Advocacy for approximately ten years, and in that capacity have taught trial practice courses of a week or more at least once a year.

## **VERIFICATION**

I declare under penalty of perjury that the foregoing is true and correct.

_____
Frank F Sommers
Sommers & Schwartz LLC
550 California Street
The Sacramento Tower, Suite 700
San Francisco, CA 94104
Phone: (415) 955-0925
Fax: (415) 955-0927

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| NEILL S. BASSI | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 07-1277 (JDB) |
| | ) | |
| JARROD M. PATTEN, et al, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING**
**MOTION FOR *PRO HAC VICE* ADMISSION**

UPON CONSIDERATION of Eric D. Mitchell, Esquire's Unopposed Motion to Permit Non-Member Attorney to Appear *Pro Hac Vice*, it is this _____ day of _____, 2008, hereby

ORDERED, that Eric D. Mitchell, Esquire's Unopposed Motion to Permit Frank F. Sommers, IV to appear *pro hac vice* as co-counsel for Plaintiff/Counter-Defendant, is hereby GRANTED; and it is further

ORDERED, that Frank F. Sommers, IV, Esquire of Sommers & Schwartz LLP is admitted specially for the purpose of appearing and participating in this case as co-counsel for Plaintiff/Counter-Defendant Neill S. Bassi.

                                                                       _____
                                                                       THE HONORABLE JOHN D. BATES
                                                                       UNITED STATES DISTRICT JUDGE

1