UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

FILED
JAN 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NEILL S. BASSI            )
                          )
    Plaintiff,            )
                          )
v.                        )   Civil Action No.: 07-1277 (JDB)
                          )
JARROD M. PATTEN, et al,  )
                          )
    Defendants.           )

ORDER GRANTING
MOTION FOR *PRO HAC VICE* ADMISSION

UPON CONSIDERATION of Eric D. Mitchell, Esquire's Unopposed Motion to Permit Non-Member Attorney to Appear *Pro Hac Vice*, it is this 22 day of January, 2008, hereby

ORDERED, that Eric D. Mitchell, Esquire's Unopposed Motion to Permit Frank F. Sommers, IV to appear *pro hac vice* as co-counsel for Plaintiff/Counter-Defendant, is hereby GRANTED; and it is further

ORDERED, that Frank F. Sommers, IV, Esquire of Sommers & Schwartz LLP is admitted specially for the purpose of appearing and participating in this case as co-counsel for Plaintiff/Counter-Defendant Neill S. Bassi.

THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

1