UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEILL S. BASSI                                ) | |
|           Plaintiff/Counter-Defendant   ) | |
| v.                                                  ) | Civil Action No.: 07-1277 (JDB) |
| JARROD M. PATTEN                       ) | |
|           Defendant                                   ) | |
| and                                                ) | |
| CASEY T. PATTEN                          ) | |
|           Defendant/Counter-Plaintiff.    ) | |

DEFENDANTS JARROD PATTEN AND CASEY
PATTEN'S PRELIMINARY JOINT RULE 26(a)(2) STATEMENT

Defendants Jarrod Patten and Casey Patten hereby jointly designate the following individuals as testifying expert witnesses in the above captioned case. Pursuant to a stipulation between the parties, this designation will be supplemented with the experts' reports, to being it into full compliance with Rule 26(a)(2), after the experts' examinations of the plaintiff are completed.

1) Stephen W. Siebert, M.D., M.P.H., P.A.
   7402 York Road
   Suite 301
   Towson, Maryland 21204-7522

Dr. Siebert is a board-certified psychiatrist who is scheduled to conduct an independent medical evaluation of the Plaintiff, Neill S. Bassi. Dr. Siebert will prepare a report summarizing his clinical observations, findings and conclusions following his evaluation of Mr. Bassi, and a copy will be provided to Plaintiff's counsel promptly upon receipt. In addition to his clinical findings, Dr. Siebert's opinions and conclusions will

1

be based on his professional training, experience, and background, as well as his review of the pertinent treatment records, deposition testimony, pleadings and discovery provided to date by Defendants' counsel. His curriculum vitae is attached.

    2)    Robert O. Gordon, MD
            106 Irving Street North West
            Washington, DC 20010

Dr. Gordon is a board-certified orthopedic surgeon who is scheduled to conduct an independent medical evaluation of the Plaintiff, Neill S. Bassi. Dr. Gordon will prepare a report summarizing his clinical observations, findings and conclusions following his evaluation of Mr. Bassi, and a copy will be provided to Plaintiff's counsel promptly upon receipt. In addition to his clinical findings, Dr. Gordon's opinions and conclusions will be based on his professional training, experience, and background, as well as his review of the pertinent treatment records, deposition testimony, pleadings and discovery provided to date by Defendants' counsel. His curriculum vitae is attached.

Defendants may also seek to designate other experts, subject to their availability and the timing of trial.

                                                        _____/s/_____
                                                        STEVEN J. McCOOL
                                                        MALLON & McCOOL, LLC
                                                        1776 K Street, NW
                                                        Suite 200
                                                        Washington, D.C. 20006
                                                       202 393-7088

                                                        Attorneys for Defendant Jarrod M. Patten

                                                                _____/s/_____
                                                                BARRY COBURN
                                                                Coburn & Coffman PLLC
                                                                1244 19th Street, NW
                                                                Washington, DC  20036
                                                                202-470-6706
                                                                Attorneys for Defendant Casey Patten


                                                  CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 15th day of February, 2008, the foregoing has been served electronically upon Plaintiff's counsel via ECF.

     Eric D. Mitchell, Esq.
     Bode & Grenier, L.L.P.
     1150 Connecticut Avenue, N.W.
     Ninth Floor
     Washington, D.C.  20036


                                                          _____/s/_____
                                                         STEVEN J. McCOOL

# CURRICULUM VITAE
Stephen W. Siebert, M.D., M.P.H.

Date                August 21, 2007

## Personal Information

Primary Address:    Stephen W. Siebert MD MPH
                    1605 Aliceanna Street
                    Baltimore, Maryland 21231-29090

Telephone:          (410) 522-1800
Fax:                (410) 522-1803
Email:              drsiebert@mac.com

Office Address:     Office of the Court Psychiatrist
                    Circuit Court for Baltimore County
                    401 Bosley Avenue
                    County Courts Building - Room G-13
                    Towson, Maryland 21204

Telephone:          (410) 887-6555
Fax:                (410) 887-6556

## Education

College             Kalamazoo College
                    Kalamazoo MI, 1973-1976
                    • B.A., magna cum laude (Chemistry) 1977

Medical             Johns Hopkins University School of Medicine
                    Baltimore MD 1976-1980
                    • M.D., 1981

Graduate            Johns Hopkins University School of Hygiene and Public Health
                    Baltimore MD, 1980-1981
                    • M.P.H. (Health Services Administration) 1981

## Post-Graduate Education and Training

Internship          Johns Hopkins University School of Medicine, Baltimore MD, 1981-1982
                    • Categorical - Adult Psychiatry 6 months, Internal Medicine 4
                    months, Neurology 1 month, Pediatrics 1 month

Residency           PGY 2: Johns Hopkins University School of Medicine
                    Baltimore MD, 1982 - 1983
                    Department of Psychiatry and Behavioral Sciences
                    • Psychiatry 12 months

Residency           PGY 3: Johns Hopkins University School of Medicine, Baltimore MD,
                    Department of Psychiatry and Behavioral Sciences, 1983 1984
                    Division of Child Psychiatry
                    • Fellow, Child, and Adolescent Psychiatry (12 months)

                    PGY 4: University of Maryland School of Medicine, Baltimore MD
                    Department of Psychiatry and Human Behavior, 1984-1985
                    • Resident Specialist in Forensic and Administrative Psychiatry
                    • Forensic Fellow, Medical Office, Circuit Court for Baltimore City
                    • Extern, Family Therapy Practice Center, Washington, D.C.

02/15/2008 23:58   2022933499                MALLON AND MCCOOL                    PAGE 02/10
Case 1:07-cv-01277-JDB   Document 18-2   Filed 02/15/2008   Page 2 of 10
02/15/2008 13:09   4106781662             C&P FORENSIC ASSOC                       PAGE 03/07

## Continuing Medical Education

| | |
|---|---|
| 1983 | Introductory Hypnosis and Hypnotherapy, Sheppard Pratt Hospital |
| 1986 | Bellevue Hospital Center Psychiatry Board Review, New York University Medical Center |
| 1987 | Fifth Annual Symposium in Forensic Psychiatry, American College of Forensic Psychiatry |
| | Malingering: Making the Distinction, Maryland Psychiatric Society |
| 1988 | Forensic Psychiatry Board Review and Update, American Academy of Psychiatry and Law |
| | Neuropsychiatric Examination of the Brain Damaged Litigant, American Academy of Psychiatry and Law |
| 1989 | Clinical Neurology for Psychiatrists, Albert Einstein Medical Center |
| | Neurology of Behavior, Harvard Medical School |
| 1990 | Neurologic and Psychiatric Applications of Topographic Brain Mapping, Bio-Logic Systems Corporation |
| | Neuropsychiatric Techniques/Neurobehavioral Analysis in Forensic Assessment, American Academy of Psychiatry and Law |
| 1991 | Clinical Applications of Quantitative EEG in Psychiatry and Neurology, American Medical EEG Association |
| | Practical Neuropsychiatry, CME, Inc. |
| | Internal Medicine and Neurology Essential to Psychiatric Practice, Harvard Medical School |
| 1992 | Difficult Situations in Clinical Practice, Menninger Clinic Division of Continuing Education |
| | State of the Science: Clinical EEG and Electrophysiology, American Electroencephalography Society |
| 1993 | Psychiatric Update, CME, Inc. |
| | Addiction Medicine for the Forensic Psychiatrist, American Academy of Psychiatric and Law |
| 1994 | Forensic Psychiatry Review Course, American Academy of Psychiatry and Law |
| 1995 – 2001 | Interface of Medicine and Psychiatry, St. Joseph Medical Center |
| 2002 | Forensic Psychiatry Review, American Academy of Psychiatry and Law |
| 2004 | Certification Review and AMA Guides to the Evaluation of Permanent Impairment, 4th and 5th Edition, American Board of Independent Medical Examiners |
| | Psychiatric Impairment and Disability, American Board of Independent Medical Examiners |
| | Forensic Psychiatry Review Course, American Academy of Psychiatry and Law |

## Certifications

- American Board of Psychiatry and Neurology Certificate No. 28580, 1986
- American Board of Independent Medical Examiners, Certificate No. 04–01235, 2004
- American Board of Psychiatry and Neurology, Certificate No. 1574, 2005

### Medical Licensure
- Maryland License D-26941, 1981

### Employment History

#### Hospital Privileges and Appointments
Johns Hopkins Hospital, Baltimore MD, 1981–1984

University of Maryland, Baltimore MD, 1984–1985

Clifton T. Perkins Hospital Center, Jessup MD, 1986–1990
- Staff Psychiatrist, 1986–1990

St. Joseph Medical Center, Towson MD, 1987-present

Children's Hospital and Center for Reconstructive Surgery, Baltimore, MD, 1989–94
- Staff Psychiatrist

The Sheppard and Enoch Pratt Hospital, Towson MD, 1990–1991
- Staff Psychiatrist, Short Term Unit

Court Psychiatrist, Circuit Court for Baltimore County, 1999–present
- Chief Court Psychiatrist, 2003–present

#### Private Practice
Staff Psychiatrist, Adult and Child Counseling Center, Towson MD, 1983–1985

Associate, Maryland Psychiatric Associates, Timonium MD, 1985–1986

Staff Psychiatrist, Mental Health Unit, Clinical Associates, P.A., Towson MD, 1986–1988

Solo Practitioner, Baltimore MD, 1988–present

Co-Director, NeuroPsych Systems, Baltimore MD, 1989–95

Stephen W Siebert MD MPH PA, Towson MD, 1995–present

Chesapeake & Potomac Forensic Associates, 2006–present

### Professional Memberships
American Medical Student Association (AMSA), 1977–1981

American Medical Association (AMA), 1981–present

Maryland Medical and Chirurgical Society, 1983–1987

American Psychiatric Association (APA), 1982–present

Maryland Psychiatric Society, 1982–present

American Academy of Psychiatry and Law (AAPL), 1984–present
- Secretary, Chesapeake Bay Chapter, 1988–1990

### Honors and Awards

Kalamazoo College
- Phi Eta Sigma 1974
- George M. Pullman Educational Foundation Scholar 1977
- Phi Beta Kappa 1977

Chelsea High School
- Palmer Medical Scholarship 1978

American Medical Association
- A.M.A. Rock Sleyster Memorial Scholar 1980

Johns Hopkins University School of Hygiene and Public Health
- Delta Omega 1981

### Administrative Service

#### Institutional Service

Clifton T. Perkins Hospital Center, Jessup MD, 1986–1990
- Vice President, Medical Staff, 1986–1988
- Director of Admissions and Inpatient Forensic Evaluation, 1987–1988
- Director of Quality Assurance and Risk Management, 1988–1990
- Acting Superintendent and CEO, 1988–1990

St. Joseph Medical Center, Towson MD, 1987–present
- Medical Staff Finance Committee, 1993–present
- Medical Advisory Group, 1993 95
- Search Committee for Department of Psychiatry Chair, 1995–96
- Co-chairperson, Continuous Quality Improvement Committee, Dept. of Psychiatry, 1995 –97
- Performance Improvement Committee, Dept. of Psychiatry, 1997–2002

The Sheppard and Enoch Pratt Hospital, Towson MD, 1990–1991
- Coordinator, Inpatient Managed Care Program

#### Local and National Service

American Medical Student Association (AMSA), 1977–1981
- President, Johns Hopkins University Chapter, 1978

Maryland Medical and Chirurgical Society, 1983–1987
- Member, Committee on Emotional Health, 1985–1987

Maryland Psychiatric Society, 1982–present
- Member in Training, 1982–1985
- General Member, 1985–present

American Academy of Psychiatry and Law (AAPL), 1984–present
- Secretary, Chesapeake Bay Chapter, 1988–1990

### Teaching Service

Clinical Instructor, University of Maryland Department of Psychiatry, 1989–present

## Publications

1. Starfield B, Steinwachs D, Morris I, Bause G, Siebert S, Westin C: Concordance between medical records and observations regarding information on coordination of care, Medical Care 17:758–766, 1979.

2. Starfield B, Steinwachs D, Morris I, Bause G, Siebert S, Westin C: Patient-provider agreement about problems: Influence on the outcome of care, J Am Med Assoc 242:344–346, 1979.

3. Starfield B, Steinwachs D, Morris I, Bause G, Siebert S, Westin C: Presence of observers at patient-practitioner interactions: Impact on the coordination of care and methodologic implications, Am J Public Health 69:1021–1025, 1979

4. Siebert S and Rappeport J: Confidentiality and minor patients, Maryland Psychiatrist 12:2 April 1985

5. Siebert S and Silver S: Managed care and the evolution of psychiatric practice, in Annual Review of Psychiatry and Law, Vol. 2, American Psychiatric Press, 1991.

## Major Invited Speeches

What is Schizophrenia? Alliance of the Mentally Ill of Maryland Educational Meeting, Baltimore MD, March 14, 1984

The Problem of Definition in Psychiatry, Loyola College Center for the Humanities, Baltimore MD, October 26, 1988

Competency to Stand Trial and Criminal Responsibility, Maryland State's Attorneys' Winter Conference, Seven Springs PA, January 1989

Prediction of Dangerousness in Psychiatric Patients, Department of Psychiatry Grand Rounds, St. Joseph Hospital, February 21, 1989

Coping with the Seasonal Blues, Baltimore County Medical Association "Ask the Doctor" Program, Channel 3, Essex Community College, Essex MD, October 3, 1989

Managed Care and the Evolution of Psychiatric Practice, Department of Psychiatry Grand Rounds, St. Joseph Hospital, July 17, 1990

Neuropsychiatric Sequelae of Mild Closed Head Injury, Department of Psychiatry Grand Rounds, Saint Joseph Hospital, Towson MD, April 19, 1991

Worker's Compensation and Mental Disability, The Mental Health Professional and the Legal System, Brook Lane Psychiatric Center, Hagerstown MD, July 12, 1991

Malingering Mild Closed Head Injury, Department of Psychiatry Grand Rounds, St. Joseph Hospital, May 20, 1994

Psychiatric Aspects of Chronic Pain Management, Department of Psychiatry Grand Rounds, St. Joseph Medical Center, May 19, 1995

Evaluation and Treatment of Chronic Pain, Osler Institute Faculty, Family Practice Board Review, June 18, 1996

Rapid Cycling Bipolar Disorder – An Iatrogenic Syndrome? March 5, 1997

Neuropsychiatric Aspects of Ateriovenous Malformations and Aneurysms, Maryland AVM & Aneurysm Support Group, Maryland Rehabilitation Center, July 26, 1997.

Advances in the Treatment of Depression, Grand Rounds, Montgomery General Hospital, August 13, 1998

Malingering Mental Health, 12th Annual Interface: Medicine and Psychiatry, St. Joseph Medical Center, November 7, 1998

Insomnia and Hypnotics: Review and Update, Department of Psychiatry Grand Rounds, St. Joseph Medical Center, September 17, 1999

Beyond SSRI's: Treatment of Depression in the Post-Prozac Era, Department of Psychiatry Grand Rounds, Polyclinic Hospital, Harrisburg PA, August 25, 2000

Depression in Young Adults, Mid-Atlantic College Health Association (MACHA), Towson University, October 31, 2000

The Impact of Insomnia and New Treatment Options, Carroll County General Hospital Grand Rounds Presentation, November 21, 2000

Narcotics vs. NSAIDS: Functionality and Pain Explored, Pain Management Seminar, Chesapeake Association of Rehabilitation Professionals in the Private Sector (CARPPS), December 6, 2000

Treating Depression to Remission, Department of Psychiatry Grand Rounds, St. Joseph Medical Center, May 2001

Atypical Antipsychotics in the Acute Agitated Patient, Department of Psychiatry Grand Rounds, St. Joseph Medical Center, June 2001

Contemporary Treatment of Anxiety, Maryland Academy of Family Physicians, Baltimore MD, August 8–10, 2001

Treatment of Chronic Depression and Persistent Anxiety, The Family Medicine Foundation of West Virginia, Huntington WV, November 9, 2001

Achieving Remission in the Treatment of Depression, Department of Psychiatry Grand Rounds, Union Hospital, February 26, 2002

Antidepressants: Myths and Realities, Departments of Family Practice and Medicine, Southern Maryland Hospital Center, July 31, 2002

Mental Stress in the Workplace, State Employee Risk Management Administration Conference, Towson University, May 26, 2005.

Psychiatric Impairment and Disability, Grand Rounds, St. Joseph Medical Center, July 21, 2006

# ROBERT O. GORDON, M.D.

| | |
|---|---|
| MARITAL STATUS: | Married: Antonia Gragia, 1966 |
| CHILDREN: | Kimberly, Hayley |
| EDUCATION: | Harvard College B.A. 1965 |
| | Yale University College of Medicine, M.D. 1969 |
| INTERNSHIP: | Surgical Internship, Stanford University Medical Center, 1969-1970 |
| RESIDENCY: | Orthopedic Surgery, Stanford University Medical Center, 1972-1975 |
| BOARD CERTIFICATION: | American Board of Orthopedic Surgery, 1976 |
| ACADEMIC APPOINTMENTS: | Instructor in Chemistry, New Haven College, New Haven, CT, 1967 |
| | Instructor in Chemistry, Yale University Summer Institute, New Haven, CT 1967 (NSF Grant) |
| | Senior Assistant Surgeon, USPHS National Institutes of Health, Bethesda, MD 1970-1971 |
| | Surgeon, USPHS National Institutes of Health, Bethesda, MD 1971-1972 |
| | Clinical Professor of Orthopedic Surgery, Georgetown University Medical Center |

| | |
|---|---|
| AWARDS: | B.A Magna cum Laude, Harvard College, 1965 |
| | Charles E. Perkins Memorial Scholarship Award, Harvard College, 1962-1965 |
| | American Society for Pharmacology and Experimental Therapeutics Medical Research, Award in Pharmacology, 1969 |
| FELLOWSHIPS: | United States Public Health Service Summer Fellowship, 1966-1967 |
| | Ford Foundation Summer Fellowship, 1968 |
| | Fellow American Academy of Orthopedic Surgery, 1978- Present |

PROFESSIONAL ORGANIZATIONS:

Member, D.C. Medical Society

Member of Washington Orthopedic Society

Fellow, American Academy of Orthopedic Surgeons

LICENSURE: District of Columbia, Virginia, and Maryland – 1970 – Present

PUBLICATIONS:

1) Gordon, R.O.: Lilliputian Dynamics-The physics of extreme size change. Amer. Math. Monthly. 69:696, 1961.

2) Moriarty, J.L., Gordon, R.O., and Humphreys, J.E.: Some new intermetallic compounds of holmium and erbium and Ag, Au, Pt, Al, In, Tl, and Ge. Acta Cryst, 19:285, 1965.

3) Schopf, J.W., Barghoorn, B.S., Maser, M.D., and Gordon, R.O.: Electron microscopy of fossil bacteria two billion years old. Science. 149:3690, 1965.

4) Moriarty, J.L., Humphreys, J.E., Gordon, R.O., and Baenziger, N.C.: X-ray examination of some rare-earth-containing binary allow systems. Acta Cryst. 21:840, 1966.

5) Gordon, R.O., Wade, M.E., and Mitchell, M.S.: Suppression of agglutinins and production of tolerance to human O, Rh+, RBC in the rat with cytosine arabinoside (Abst.). Clin. Research. 16:545, 1968.

6) McKegney, F.P., Gordon, R.O., and Levine, S.M.: Ulcerative colitis and Crohn's disease compared (Abst.). Scientific Proc. Of the Amer. Psychiatric Assn. May, 1969.

7) Gordon, R.O., and Mitchell, M.S., and Wade, M.E.: Suppression of agglutinins and production of tolerance to human O, Rh+, RBC in the rat with cytosine arabinoside or cyclophosphamide (Abst.). Proc. of the Society for Gynecological Investigation. 16:51, 1969.

8) Gordon, R.O., Wade, M.E., and Mitchell, M.S.: The production of tolerance to human RBC in the rat with cytosine arabinoside or cyclophosphamide (Abst.). Clin. Research. 17:353, 1969.

9) McKegney, F.P., Gordon, R.O., and Levine, S.M.: Ulcerative colitis and Crohn's disease (Abst.). Psychiatric Spectator. Vol. 5, No. 12, p. 16, 1969.

10) Gordon, R.O., Wade, M.E., and Mitchell, N.S.: The production of tolerance to human erythrocytes in the rat with cytosine arabinsodle and cyclophosphamide. J. of Immunology. 103:233, 1969.

11) Wade, M.E., Santanelli, J.S., and Gordon, R.O.: Tolerance to human erythrocytes in already sensitized rats (Abst.). Proc. of the Soc. For Gynec. Investigation. 17:83, 1969.

12) Wade, M.E., Gordon, R.O., and Mitchell, M.S.: Chemical suppression of primary and anamnestic maternal immunization in Rh incompatible pregnancies: An animal model. American J. of Obst. And Gynec. 106:286, 1970.

13) McKegney, F.P., Gordon, R.O., and Levine, S.M.: Psychological characteristics of patients with ulcerative colitis and Crohn's disease. Psychosomatic Medicine. 32:153, 1970.

14) Wade, M.E., Gordon, R.O., and Mitchell, M.S.: Immunosuppression and tolerance to human O, Rh+, erythrocytes. International J. of Gynec. And Obst. 8:24, 1970.

15) Pincus, J.H., and Gordon, R.O.: A microcytotoxicity assay for murine histocompatibility antigens (Abst.). Federation proceedings. 30:523, 1971.

16) Gordon, R.O., Santanelli, J.S., and Wade M.E.: The production of tolerance to human erythrocytes in the rat with cytosine arabinoside and cyclophosphamide in previously immunized animals. J. of Immunology. 106:865, 1971.

17) Gordon, R.O., Oppenheim, J.J., Souther, S.C., and Stinson, E.B.: Immediate in vitro leucocyte DNA synthesis: An early indicator of heart allograft rejection. Surgical Forum. 22:258, 1971.

18) Pincus, J.H., and Gordon R.O.: A microassay for the detection of Murine H2 Antigens. Transplantation. 12:509, 1971.

19) Gordon, R.O., Stinson, E.B., Souther, S.G., and Oppenheim, J.J.: Inhibition of the mixed leucocyte reaction as an assay for enhancing alloantiserum. Transplantation. 12:484, 1971.

20) Gordon, R.O., Stinson, E.B., Souther, S.G., Ranney, D.F., and Oppenheim, J.J.: Mechanism of suppression of the mixed leucocyte reaction by enhancing alloantibody (Abst.). Proc. of the European Society for Experimental Surgery. P. 158, April, 1972.

21) Gordon, R.O., Stinson, E.S., Souther, S., and Oppenheim, J.J.: Mixed lymphocyte reaction (MLR) as an assay for the presence of enhancing alloantiserum. In M.R. Schwarz (ed). Proc. of the 6th Leucocyte Culture Conf., Academic Press, N.Y., 1972

22) Souther, S.G., Gordon, R.O., Oppenheim, J.J., and Stinson, E.B.: In vivo and in vitro studies of cardiac allografts in the rat. Archives of Surgery. 105:756, 1972.

23) Ranney, D.F., Gordon, R.O., Pincus, J.H., and Oppenheim, J.J.: Biological effects of murine histocompatibility antigen solubilized with 3 molar KCl. Transplantation. 16:558, 1973.

24) Gordon, R.O., and Collins, R.E.: Torsional deformities of the lower extremities in children. Clinical Proceedings. Children's Hospital National Medical Center, 1976.

25) Donovan, T., Gordon, R.O., and Nagel, D.: Urinary infections in Total Hip Arthroplasty—Influences of prophylactic cephalosporin and catheterization. Journal of Bone and Joint Surgery. 58A8:1134, 1976.