**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| **NEILL S. BASSI,** ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 07-1277 (JDB) |
| **JARROD M. PATTEN,** ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| **CASEY T. PATTEN,** ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |
| ) | |
| ──────────────────────── ) | |
| ) | |
| **JARROD M. PATTEN,** ) | |
| ) | |
| Defendant/Third-Party Plaintiff, ) | |
| ) | |
| and ) | |
| ) | |
| **CASEY T. PATTEN,** ) | |
| ) | |
| Defendant/Counter-Plaintiff/ ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **GREG DAVIS,** ) | |
| ) | |
| Third-Party Defendant. ) | |

## ENTRY OF APPEARANCE

Defendant/Counter-Plaintiff/Third-Party Plaintiff Casey T. Patten, by and through undersigned counsel, hereby moves this Honorable Court to enter the appearance of Barry

Coburn, Jeffrey C. Coffman, and Coburn & Coffman, PLLC to represent him in the above-captioned case.

                                        Respectfully submitted,

                                        _____/s/_____
                                        Barry Coburn
                                        (D.C. Bar No. 358020)
                                        Jeffrey Coffman
                                        (D.C. Bar No. 493826)
                                        COBURN & COFFMAN, PLLC
                                        1244 19th Street, N.W.
                                        Washington, D.C. 20036
                                        Phone: (202) 657-4490
                                        Fax:  (866) 561-9712

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that service of the foregoing on all parties in this matter has been made by ECF on this 14th day of March 2008.


                                                          _____/s/_____
                                                          Barry Coburn