UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| NEILL S. BASSI, | ) |
|     Plaintiff/Counter-Defendant, | ) |
|     v. | ) Civil Action No. 07-1277 (JDB) |
| JARROD M. PATTEN, | ) |
|     Defendant, | ) |
|     and | ) |
| CASEY T. PATTEN, | ) |
|     Defendant/Counter-Plaintiff. | ) |
| JARROD M. PATTEN, | ) |
|     Defendant/Third-Party Plaintiff, | ) |
|     and | ) |
| CASEY T. PATTEN, | ) |
|     Defendant/Counter-Plaintiff/ Third-Party Plaintiff, | ) |
|     v. | ) |
| GREG DAVIS, | ) |
|     Third-Party Defendant. | ) |

**DEFENDANT/COUNTER-PLAINTIFF/THIRD-PARTY PLAINTIFF
CASEY T. PATTEN'S MOTION FOR EXTENSION OF DISCOVERY DEADLINE**

Defendant/Counter-Plaintiff/Third-Party Plaintiff Casey T. Patten ("Mr. Patten"), through counsel, respectfully moves this Honorable Court for an extension of the March 31, 2008 discovery deadline in this case, and in support thereof states as follows:

1. In its Initial Scheduling Order, the Court set a March 31, 2008 discovery deadline.

2. Undersigned counsel became involved in this matter in early February 2008 after Mr. Patten's prior counsel, concerned about a potential conflict of interest, determined that separate counsel for the Pattens was necessary.

3. Undersigned counsel immediately undertook to review the pleadings and prior discovery in this matter and worked with other counsel in this matter to schedule multiple depositions.

4. Also in early February, undersigned counsel established a new law firm and moved their offices into a new building.

5. Prior to undersigned counsel's entry into this case, on January 11, 2008, Jarrod M. Patten and Casey T. Patten filed a Third-Party Complaint against Third-Party Defendant Greg Davis ("Davis").

6. As detailed in Third-Party Plaintiff Jarrod M. Patten's Motion for an Extension of Discovery, Third-Party Plaintiffs have diligently tried to serve Davis, including 11 attempts at Mr. Davis last known address and last known place of business between January 30, 2008 and March 3, 2008, but have been unsuccessful.

7. In a motion filed on March 10, 2008, Jarod M. Patten has requested that the United States Marshalls Service pursue Mr. Davis' service.

8. On March 11, 2008, through the deposition of a non-party, Third-Party Plaintiffs were provided with additional information as to Mr. Davis' whereabouts and contact information.

9. Despite undersigned counsel's recent introduction to this case and other prior case commitments, since early February, the parties have coordinated and conducted significant discovery, including the depositions of 7 individuals.

10. Despite diligent effort, depositions and other discovery remain to be conducted, and Third-Party Defendant Greg Davis remains to be served.

11. As a result of the depositions thus far, additional factual investigation is required.

12. Undersigned counsel have served written discovery on plaintiff, but due to their late entry into this case, responses, which will be need to be followed up on, are not due until after the current discovery cutoff date.

13. A necessary independent medical examination has not yet been completed. After it is completed, counsel for the Defendants/Third-Party Plaintiff's must supplement their expert disclosures and allow time for the defense experts to be deposed.

14. Mr. Patten respectfully submits that it would facilitate a just and orderly resolution of this case if the parties were permitted until April 30, 2008 to complete discovery.

15. This is Mr. Patten's first request for a discovery extension.

16. Pursuant to Local Rule 7(m), undersigned counsel has conferred with counsel for plaintiff, who has indicated that his client will not consent to the extension of the discovery deadline requested herein.

For the reasons set forth above, Mr. Patten respectfully requests that the Court modify its Initial Scheduling Order to permit an additional 30 days of discovery, to conclude on April 30, 2008.

A proposed order is attached for the Court's consideration.

Respectfully submitted,

\_\_\_\_\_/s/_____
Barry Coburn
(D.C. Bar No. 358020)
Jeffrey Coffman
(D.C. Bar No. 493826)
COBURN & COFFMAN, PLLC
1244 19th Street, N.W.
Washington, D.C. 20036
Phone: (202) 657-4490
Fax:  (866) 561-9712

Attorneys for Defendant/Counter-Plaintiff/Third Party-Plaintiff Casey T. Patten

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that service of the foregoing on all parties in this matter has been made by ECF on this 14th day of March 2008.

                                                    _____/s/_____
                                                    Barry Coburn

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### Civil Division

| | | |
|---|---|---|
| **NEILL S. BASSI,** | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 07-1277 (JDB) |
| **JARROD M. PATTEN,** | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **CASEY T. PATTEN,** | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |
| | ) | |
| **JARROD M. PATTEN,** | ) | |
| | ) | |
| Defendant/Third-Party Plaintiff, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **CASEY T. PATTEN,** | ) | |
| | ) | |
| Defendant/Counter-Plaintiff/ Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **GREG DAVIS,** | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

**<u>ORDER</u>**

2

      This matter comes before the Court on Defendant/Counter-Plaintiff/Third-Party Plaintiff Casey Patten's motion to extend discovery. Upon consideration of the motion, the opposition, and any replies thereto, it is hereby:

      ORDERED that the motion be and hereby is GRANTED. It is FURTHER ORDERED that:

1. All discovery shall be completed by not later than April 30, 2008.

2. Any dispositive motions shall be filed by not later than May 29, which is thirty (30) days following the close of discovery. Oppositions and replies, if any, shall be filed in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

**SO ORDERED**

                                                                                              _____
                                                                                              JOHN D. BATES
                                                                                              United States District Judge

Dated: _____