UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **NEILL S. BASSI** )<br>)<br>    **Plaintiff/Counter-Defendant,** )<br>)<br>    v. )<br>)<br>**JARROD M. PATTEN, et al.** )<br>)<br>    **Defendants.** ) | **Civil Action No.: 07-1277 (JDB)** |

### PLAINTIFF'S RESPONSE TO JARROD M. PATTEN'S MOTION FOR SERVICE BY UNITED STATES MARSHALS SERVICE

Plaintiff Neill S. Bassi, through counsel, opposes Jarrod Patten's motion for service by a United States Marshal because Jarrod Patten is responsible for selecting an appropriate person to effect service. He has failed to do so, and failed to exercise meticulous care in attempting to complete service on Greg Davis by private process server.

WHEREFORE, Plaintiff requests that Jarrod M. Patten's Motion For Service by United States Marshals Service be denied.

Respectfully submitted,

BODE & GRENIER, LLP

/s/ _____
Eric D. Mitchell (D.C. Bar No. 438607)
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, NW
Ninth Floor
Washington D.C. 20036
Phone: (202) 828-4100
Fax: (202) 828-4130
Attorney for Plaintiff

                                                GORMAN & WILLIAMS

                                                /s/_____
                                                Angela D. Sheehan (D.C. Bar No. 420338)
                                                Gorman & Williams
                                                Two North Charles Street
                                                Suite 750
                                                Baltimore, MD 21201
                                                (410) 528-0600
                                                (410) 528-0602 (fax)
                                                Attorneys for Counter-Defendant Bassi

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 19th day of March, 2008, a copy of the foregoing document was served by electronic filing upon:

Steven J. McCool, Esquire
Dan McNamara, Esquire
Mallon & McCool, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
Attorneys for Jarrod M. Patten

Barry Coburn, Esquire
Coburn & Coffman, PLLC
1244 19th Street, N.W.
Washington, D.C. 20036
Attorneys for Casey Patten

                                                __/s/_____
                                                Eric D. Mitchell

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **NEILL S. BASSI** | ) | |
| | ) | |
| **Plaintiff/Counter-Defendant,** | ) | |
| | ) | |
| v. | ) | Civil Action No.: 07-1277 (JDB) |
| | ) | |
| **JARROD M. PATTEN, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

UPON CONSIDERATION of Jarrod M. Patten's Motion for Service of Third-Party Summons and Complaint by the United States Marshals Service, Neill S. Bassi's response thereto, and the entire record, it is this _____ day of _____, 2008, hereby

ORDERED that Jarrod M. Patten's Motion for Service of Third-Party Summons and Complaint by the United States Marshals Service is hereby DENIED.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

1

cc
Eric D. Mitchell, Esq.
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, NW
Ninth Floor
Washington D.C. 20036

Angela D. Sheehan, Esq.
Gorman & Williams
Two North Charles Street
Suite 750
Baltimore, MD 21201

Steven J. McCool, Esq.
Mallon & McCool, LLC.
1776 K Street, N.W.
Suite 200
Washington D.C. 20006

Barry Coburn, Esq.
Jeff Coffman, Esq.
Coburn & Coffman, PLLC
1244 19th Street, N.W.
Washington, D.C. 20036