UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **NEILL S. BASSI** | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | )   Civil Action No.: 07-1277 (JDB) |
| | ) |
| **JARROD M. PATTEN, et al.** | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF/COUNTER-DEFENDANT'S RESPONSE TO CASEY T. PATTEN'S MOTION FOR EXTENSION OF DISCOVERY

Pursuant to this Court's Order of March 14, 2008, and LCvR 7(b), Plaintiff/Counter-Defendant Neill S. Bassi ("Plaintiff"), through counsel, submits this response to Casey T. Patten's Motion for Extension of Discovery Deadline.

1.  Casey Patten exaggerates his pursuit of discovery in this case. His request to extend the discovery deadline to take untimely discovery should be denied.

2.  Discovery in this case should be extended for two reasons: (a) to allow Plaintiff to obtain Defendants' expert reports and depose Defendants' experts; and (b) to allow Defendants to depose Susan Trachman, M.D. (Plaintiff's expert), who is not available before March 31, 2008.

3.  The Court entered a Scheduling Order on October 4, 2007. From October 4, 2007 to March 1, 2008, Casey Patten noted no depositions and propounded no discovery requests. Casey Patten did, however, postpone his deposition on January 17, 2008 – the night before his scheduled deposition – because his counsel discovered that Jarrod Patten and Casey Patten had a conflict of interest. As Casey Patten admits in his

1

motion, he waited until early February to involve new counsel. *See* Casey Patten's Motion, ¶2.

4.  Casey Patten received Plaintiff's responses to Jarrod Patten's discovery requests on November 16, 2007. Casey Patten waited until March 1, 2008 -- the last possible day under the Scheduling Order he received on October 3, 2007 -- to serve interrogatories and document requests on Plaintiff. Casey Patten had plenty of time to conduct the "additional factual investigation" which he now claims is urgent. Casey Patten's claim that "other discovery remains to be conducted" is his fault. His nonchalance in pursuing discovery does not justify an extension. "Mere failure on the part of counsel to proceed promptly with the normal processes of discovery and trial preparation should not be considered good cause" to modify the pretrial schedule. *Olgyay v. Soc'y for Envtl. Graphic Design, Inc.*, 169 F.R.D. 219, 220 (D.D.C.1996)

5.  Casey Patten asserts that he needs more time to have Plaintiff submit to an independent medical examination. Plaintiff is scheduled to submit to the second, and last, Independent Medical Examination on March 25, 2008. The discovery deadline should be extended to allow Plaintiff to depose Defendants' experts, after they produce their overdue reports. Additionally, Defendants should be allowed to depose Susan Trachman, M.D., who is not available before March 31, 2008.

WHEREFORE, Plaintiff/Counter-Defendant Neill S. Bassi respectfully requests that the Court enter an Order (a) denying Casey Patten's Motion for Extension of Discovery Deadline, and (b) extending discovery for thirty days for the limited purpose of allowing Plaintiff to depose Defendants' expert witnesses, and to allow Defendants to depose Susan B. Trachman, M.D. (Plaintiff's expert).

Respectfully submitted,

BODE & GRENIER, LLP

/s/_____
Eric D. Mitchell (D.C. Bar No. 438607)
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, NW
Ninth Floor
Washington D.C. 20036
Phone: (202) 828-4100
Fax: (202) 828-4130
Attorney for Plaintiff

GORMAN & WILLIAMS

/s/_____
Angela D. Sheehan (D.C. Bar No. 420338)
Gorman & Williams
Two North Charles Street
Suite 750
Baltimore, MD 21201
(410) 528-0600
(410) 528-0602 (fax)
Attorneys for Counter-Defendant Bassi

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of February, 2008, a copy of the foregoing document was served by electronic filing upon:

Steven J. McCool, Esquire
Dan McNamara, Esquire
Mallon & McCool, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006

Barry Coburn, Esquire
Jeff Coffman, Esquire
Coburn & Coffman, PLLC
1244 19th Street, N.W.
Washington, D.C. 20036

___/s/_____
Eric D. Mitchell

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **NEILL S. BASSI** | ) | |
| | ) | |
|     **Plaintiff/Counter-Defendant,** | ) | |
| | ) | |
| v. | ) | **Civil Action No.: 07-1277 (JDB)** |
| | ) | |
| **JARROD M. PATTEN, et al.** | ) | |
| | ) | |
|     **Defendants.** | ) | |

## ORDER

UPON CONSIDERATION of Casey T. Patten's Motion for Extension of Discovery Deadline, Neill S. Bassi's response thereto, and the entire record, it is this _____ day of _____, 2008, hereby

ORDERED that Casey T. Patten's Motion for Extension of Discovery Deadline is hereby DENIED; and it is further

ORDERED that the discovery deadline shall be extended for thirty days – to April 30, 2008 -- for the limited purpose of (a) allowing Plaintiff to depose Defendants' expert witnesses, who shall produce their reports to Plaintiff forthwith, and (b) allowing Defendants to depose Susan B. Trachman, M.D.

 

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

2

cc
Eric D. Mitchell, Esq.
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, NW
Ninth Floor
Washington D.C. 20036

Angela D. Sheehan, Esq.
Gorman & Williams
Two North Charles Street
Suite 750
Baltimore, MD 21201

Steven J. McCool, Esq.
Mallon & McCool, LLC.
1776 K Street, N.W.
Suite 200
Washington D.C. 20006

Barry Coburn, Esq.
Jeff Coffman, Esq.
Coburn & Coffman, PLLC
1244 19th Street, N.W.
Washington, D.C. 20036