UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEILL S. BASSI                                ) | |
| )                                                    | |
|     Plaintiff/Counter-Defendant    ) | |
| )                                                    | |
| v.                                                 ) | Civil Action No.: 07-1277 (JDB) |
| )                                                    | |
| JARROD M. PATTEN                     ) | |
| )                                                    | |
|     Defendant                              ) | |
| )                                                    | |
| and                                               ) | |
| )                                                    | |
| CASEY T. PATTEN                       ) | |
| )                                                    | |
| Defendant/Counter-Plaintiff.        ) | |

DEFENDANT CASEY PATTEN'S REPLY MEMORANDUM
SUPPORTING MOTION TO EXTEND DISCOVERY

    Defendant Casey Patten respectfully replies as follows in support of his motion seeking a reasonable extension of the discovery period.

    Undersigned counsel has been in this case for a little more than *one month*, following Mr. McCool's determination, in the exercise of his responsibilities as a diligent and ethical member of the Bar of this Court, that Casey Patten needed separate counsel. We have attended numerous depositions during that month, asked questions at them, and have propounded, in timely fashion, a set of interrogatories and requests for production. The responses to those written discovery requests will not even be due until March 31, 2008, the current discovery cutoff, which would afford us no opportunity whatsoever to follow up on them. Given our extraordinarily brief tenure in this case, it seems a little harsh for plaintiff to accuse us of "lack of diligence" in pursuing discovery. We seek a reasonable additional period in which to notice additional depositions, collect additional

documents from third parties, and do our part to perfect defendants' expert witness designations. We respectfully submit that this request is not unreasonable under the circumstances and that plaintiff would not be prejudiced by it. We note from plaintiff's opposition that he concedes that, because of scheduling difficulties, depositions cannot be completed by March 31, 2008 in any event.

          Respectfully submitted,

          _____/s/_____
          Barry Coburn
          Coburn & Coffman PLLC
          1244 19th Street, NW
          Washington, D.C. 20036
          202-470-6706

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of March, 2008, the foregoing has been served electronically upon Plaintiff's counsel via ECF.

          _____/s/_____
          Barry Coburn