IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NEILL S. BASSI                          )
                                        )
        Plaintiff                       )
                                        )
        v.                              )        Case No.  07 CV 01277 (JDB)
                                        )
JARROD M. PATTEN, *et al.*              )
                                        )
        Defendants.                     )

## WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.6(b) of the United States District Court for the District of Columbia undersigned counsel, hereby withdraw their appearance on behalf of Defendant/Counter-Plaintiff/Third-Party Plaintiff Casey T. Patten. Barry Coburn, Esq., Jeffrey C. Coffman, Esq. and Coburn & Coffman, PLLC have entered their appearance on Mr. Patten's behalf. Mr. Patten consents to undersigned counsel's withdrawal.

Respectfully submitted,

_____/s/_____
STEVEN J. McCOOL
D.C. Bar No. 429369
DANIEL T. McNAMARA
D.C. Bar No. 494834
MALLON & McCOOL, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
(202) 393-7088

I consent to    Steven J. McCool, Esq., Daniel T. McNamara, Esq. and Mallon and McCool, LLC's withdrawal of their appearance on my behalf.

CASEY T. PATTEN

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April 2008, the foregoing was filed electronically and to the best of my knowledge, information and belief, the Plaintiff will be notified through the Electronic Case Filing System.

_____/s/_____ _____
STEVEN J. McCOOL

2