UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| NEILL S. BASSI, | ) |
| | ) |
|     Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | )  Civil Action No.: 07-1277 (JDB) |
| | ) |
| JARROD M. PATTEN, | ) |
| | ) |
|     Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| CASEY T. PATTEN, | ) |
| | ) |
|     Defendant/Counter-Plaintiff. | ) |
| | ) |
| _____ | ) |
| | ) |
| JARROD M. PATTEN | ) |
| | ) |
|     Defendant/Third-Party Plaintiff | ) |
| | ) |
| and | ) |
| | ) |
| CASEY T. PATTEN | ) |
| | ) |
|     Defendant/Counter-Plaintiff/ | ) |
|      Third-Party Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| GREG DAVIS | ) |
| | ) |
|     Third-Party Defendant | ) |

<u>NOTICE OF FILING</u>

Defendant/Third-Party Plaintiff ("Third Party Plaintiff") Jarrod M. Patten, by and through undersigned counsel, along with this notice of filing, respectfully submits the following affidavit to update the Court on his efforts to serve Greg Davis.

Respectfully submitted,


_____/s/_____
DANIEL T. MCNAMARA
D.C. Bar No. 494834
MALLON & McCOOL, LLC
1776 K Street, NW
Suite 200
Washington, D.C.  20006
202 393-7088

Attorney for Defendant/Third-Party Plaintiff
Jarrod M. Patten

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April 2008, the foregoing notice of filing and attached affidavit of John Hickey was filed electronically and, to the best of my knowledge, information and belief, all parties will be notified through the Electronic Case Filing System.


_____/s/_____
DANIEL T. MCNAMARA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| NEILL S. BASSI, | ) |
| | ) |
|     Plaintiff/Counter-Defendant, | ) |
| | ) |
|     v. | )    Civil Action No.: 07-1277 (JDB) |
| | ) |
| JARROD M. PATTEN, | ) |
| | ) |
|     Defendant, | ) |
| | ) |
|     and | ) |
| | ) |
| CASEY T. PATTEN, | ) |
| | ) |
|     Defendant/Counter-Plaintiff. | ) |
| | ) |
| _____ | ) |
| | ) |
| JARROD M. PATTEN | ) |
| | ) |
|     Defendant/Third-Party Plaintiff | ) |
| | ) |
| and | ) |
| | ) |
| CASEY T. PATTEN | ) |
| | ) |
|     Defendant/Counter-Plaintiff/ | ) |
|     Third-Party Plaintiff | ) |
| | ) |
|     v. | ) |
| | ) |
| GREG DAVIS | ) |
| | ) |
|     Third-Party Defendant | ) |

## DECLARATION

I, John J. Hickey, Jr. declare the following is true and accurate:

1

EXHIBIT

1

From on or about March 21, 2008 through March 24, 2008, I tried to contact Greg Davis at 240-876-6274 on a number of occasions. No one answered my calls and no one returned my telephone messages.

On March 24, 2008, I served a subpoena on Mr. Davis's former employer, Restaurant Enterprises, Inc. t/a Smith Point, through the registered agent, Jecca Coporate Services, Inc. at 1225 19th Street, NW, Suite 320, Washington, D.C. 20036, in an effort to discover Mr. Davis' date of birth and social security number, so I could research Mr. Davis' most current address. I continued to try to reach Mr. Davis by telephone.

I reached Greg Davis at 240-876-6274 on March 31, 2008. I told him I needed to speak with him. Before I could say anything else, he said he would call me back and hung up, but he did not return his call.

On March 31, 2008, I contacted Bo Blair, the owner of Smith Point Restaurant. Mr. Blair confirmed that Greg Davis worked for him at Smith Point. He confirmed that Greg Davis still has a cell phone number of 240-876-6274. He advised me that he did not have Mr. Davis' date of birth or social security number. He advised that he would search for Mr. Davis' parents' home address.

On April 1, 2008, Mr. Blair again contacted me with the last known address for Greg Davis. The address was 14305 Piccadilly Road, Silver Spring, MD 20906.

On April 2, 2008, I checked the address given by Mr. Blair and learned that the family currently resides at 7080 Oregon Avenue, NW, Washington, DC 20015.[1]

I have continued to try to reach Mr. Davis several times by telephone. The voicemail was changed and the greeting now says: "This is Greg leave me a message."

---

[1] On January 3, 2008, Mr. Davis told me that his parents live at "7080," but then would not provide the street name or the city.

2

Mr. Davis has not returned my calls.

On April 3, 2008, I will try to serve Mr. Davis at his parents' address.

I declare under penalty of perjury that this statement is true and correct.

John J. Hickey, Jr.
Hickey, Miller and Bailey, Inc.

3