UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| NEILL S. BASSI, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 07-1277 (JDB) |
| | ) | |
| JARROD M. PATTEN, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CASEY T. PATTEN, | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| JARROD M. PATTEN | ) | |
| | ) | |
| Defendant/Third-Party Plaintiff | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CASEY T. PATTEN | ) | |
| | ) | |
| Defendant/Counter-Plaintiff/ | ) | |
| Third-Party Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GREG DAVIS | ) | |
| | ) | |
| Third-Party Defendant | ) | |

DEFENDANT/THIRD-PARTY PLAINTIFF JARROD M. PATTEN'S
SUPPLEMENTAL MOTION FOR SERVICE OF THIRD-PARTY SUMMONS
AND COMPLAINT BY THE UNITED STATES MARSHALS SERVICE

Defendant/Third-Party Plaintiff Jarrod M. Patten, by and through undersigned counsel, respectfully moves this Honorable Court for entry of an Order directing the

1

United States Marshals Service to serve the Third-Party Summons and Complaint upon Third-Party Defendant Greg Davis and sets forth as follows:

1. On March 21, 2008 Jarrod Patten, through counsel, filed a motion requesting that the Court direct the United States Marshals Service to serve Third-Party Defendant Greg Davis with a copy of the Third-Party Summons and Complaint.

2. On March 14, 2008, the Court denied that motion and directed Mr. Patten to continue his efforts to serve Mr. Davis.

3. Since that time, Mr. Patten has exhausted all avenues for private service.

4. Mr. Patten's investigator, John Hickey, was able to locate an address for Mr. Davis' parents. *See* Hickey Declaration (Exhibit A). Mr. Hickey attempted to serve Mr. Davis at his parents' home. *Id.* Mr. Davis' father informed Mr. Hickey that he did not have time to talk with him. *Id.* When Mr. Hickey asked if he could explain what the matter was about, Mr. Davis' father replied that his son "told [him] that he gave a statement to help a friend and now you want to go after him." *Id.* Mr. Davis' father also informed Mr. Hickey that Mr. Davis was still living on Main Street in Philadelphia. *Id.* Another process server, Richard Ehrlich had previously been told, by a receptionist at Mr. Davis' last known place of business, that Mr. Davis had moved out of Pennsylvania. *See* Ehrlich Declaration (Exhibit B).

5. It has become apparent that Mr. Davis is actively avoiding service.

WHEREFORE, Defendant/Third-Party Plaintiff Jarrod M. Patten respectfully requests entry of an Order directing the United States Marshals Service to serve the Third-Party Summons and Complaint upon Third-Party Defendant Greg Davis.

2

        /s/
DANIEL T. MCNAMARA
MALLON & McCOOL, LLC
1776 K Street, NW
Suite 200
Washington, D.C.  20006
202 393-7088

Attorneys for Defendant/Third-Party
Plaintiff Jarrod M. Patten

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April 2008, the foregoing was filed electronically and, to the best of my knowledge, information and belief, all parties will be notified through the Electronic Case Filing System.

/s/
DANIEL T. MCNAMARA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| NEILL S. BASSI, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Civil Action No.: 07-1277 (JDB) |
| ) | |
| JARROD M. PATTEN, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| CASEY T. PATTEN, ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |
| ) | |
| _____ ) | |
| ) | |
| JARROD M. PATTEN ) | |
| ) | |
| Defendant/Third-Party Plaintiff ) | |
| ) | |
| and ) | |
| ) | |
| CASEY T. PATTEN ) | |
| ) | |
| Defendant/Counter-Plaintiff/ ) | |
| Third-Party Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| GREG DAVIS ) | |
| ) | |
| Third-Party Defendant ) | |

## ORDER

Having considered Defendants/Third-Party Plaintiff Jarrod M. Patten's Motion for Service of Third-Party Summons and Complaint by the United States Marshals Service, any response thereto, and the entire record in this matter, it is hereby:

5

ORDERED, that Defendants' Motion is GRANTED; and

It is further ORDERED that the service of the Third-Party Summons and Complaint shall be made upon Third-Party Defendant, Greg Davis, by the United States Marshals Service.

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| NEILL S. BASSI, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Civil Action No.: 07-1277 (JDB) |
| ) | |
| JARROD M. PATTEN, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| CASEY T. PATTEN, ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |
| ) | |
| _____ ) | |
| ) | |
| JARROD M. PATTEN ) | |
| ) | |
| Defendant/Third-Party Plaintiff ) | |
| ) | |
| and ) | |
| ) | |
| CASEY T. PATTEN ) | |
| ) | |
| Defendant/Counter-Plaintiff/ ) | |
| Third-Party Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| GREG DAVIS ) | |
| ) | |
| Third-Party Defendant ) | |

## DECLARATION

I, John J. Hickey, Jr. declare the following is true and accurate:

1

**EXHIBIT A**

On January 4, 2008 I spoke to Greg Davis (son) by phone and advised that I had papers to deliver to him. At first he was going to give me that address of his parents and then he changed and gave me his address in Philadelphia. The address was 4257 Main Street, Apt. 3, Philadelphia, PA 19127. Efforts by other process servers to serve Mr. Davis at this address in Philadelphia failed. I was able to learn Mr. Davis' parents' address through his former employer.

On April 6, 2008 I went to his parents address, located at 7080 Oregon Avenue, NW, Washington, DC 20015. I parked my vehicle on the street in front of this address to interview Mr. or Mrs. Davis. A white truck with a Construction Company logo on the side of the vehicle pulled up to this address. The truck began backing into the driveway. I approached the vehicle and the drive rolled down the window and asked me "who are you looking for". I stated, I'm looking for Greg Davis. The driver replied that he was Greg Davis. I told him that I was looking for his son Greg Davis. He then said he didn't have the time because they had just returned from the grocery store and had food in the back. I asked if I could explain what this matter was about. Mr. Davis said "I know, my son told me that he gave a statement to help a friend and now you want to go after him." Mr. Davis then stated "I have nothing to do with my son; he lives on Main Street, Philadelphia." I asked if he was still living in the same apartment. He replied yes and he is living with a friend named Jason. He further stated that they are negotiating an extended lease. Mr. Davis then backed up into his driveway and was observed taking items from his truck and entering the home. No further contact with Mr. Davis Sr.

2

I declare under penalty of perjury that this statement is true and correct.

*John J. Hickey, Jr.*
John J. Hickey, Jr.
Hickey, Miller and Bailey, Inc.

3

Apr 10 08 Case: 1:07-cv-01277-JDB Document 31    Filed 04/10/2008    Page 9 of 10   P.3

I declare under penalty of perjury that this statement is true and correct.

John J. Hickey, Jr.
Hickey, Miller and Bailey, Inc.

Steven J. McCool, Esquire
Mallon & McCool
1776 K St., NW ste. 200
Washington, DC 20006
202-393-7088

U.S. District Court
District of Columbia

Neil S. Bassi

V.                                              Case No.: 07-1277

Greg Davis                                      AFFIDAVIT OF NON-SERVICE

Commonwealth of Pennsylvania
County of Philadelphia   ss.

I, **Richard Ehrlich**, being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age and have no direct personal interest in this litigation.

I hereby certify and return that on **03/03/2008** at **11:00 AM**, I completed due and diligent attempts to serve **Greg Davis, 4257 Main St., Philadelphai, PA 19127**. I therefore return this **Summons; Complaint** without service upon **Greg Davis**. Diligent attempts were made per the following notations:

**Attempted 2-26-08 At 6:50 PM, this is a 3 story apartment building, no names listed on buzzers, there are mailboxes, but none have the defendants name on them. I rang all 8 buzzers, there was no answer. Attempted 2-29-08 at 7:00 PM, 3-1-08 at 8:30 AM, 3-2-08 at 2:20 PM — rang all buzzers, no answer. Attempted at work address of 700 Old Marble Road, Springfield, PA 19064, 3-3-08 at 11:AM, I was told by the receptionist that Mr. Davis no longer works at GAP International. She believes he moved out of state but she does not know where.**

I hereby affirm that the information contained in the Affidavit of Non-Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

Signed and sworn to before me on
this _____ day of _____, 20___.

_Regina A. Richman_
Notarial Seal
Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission Expires: December 12, 2009

X _Richard Ehrlich_
Dennis Richman Services for the Professional, Inc.
1500 JFK Boulevard, Suite 1706
Philadelphia, PA 19102
215.977.9393

**2073**

EXHIBIT
B