**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| **NEILL S. BASSI** | ) |
| | ) |
|     **Plaintiff/Counter-Defendant,** | ) |
| | ) |
|     v. | )  Civil Action No.: 07-1277 (JDB) |
| | ) |
| **JARROD M. PATTEN, et al.** | ) |
| | ) |
|     **Defendants.** | ) |

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF**
**COUNT IV OF COMPLAINT**

Plaintiff Neill S. Bassi moves for an order granting voluntary dismissal of Count IV of the Complaint, pursuant to FRCP 41(a)(2) and LCvR 7. For his statement of points and authorities in support of his motion, Plaintiff states as follows:

1. On July 18, 2007, Plaintiff filed a six-count Complaint against Jarrod M. Patten and Casey T. Patten.

2. In Count IV of the Complaint, Plaintiff alleged negligence against Defendant Jarrod M. Patten.

3. Under Rule 41(a)(1), the plaintiff may dismiss an action without the consent of the court either by stipulation of all parties or unilaterally, if the defendant has not yet filed an answer or motion for summary judgment. Otherwise, the plaintiff must file a motion under Rule 41(a)(2).

4. Because Jarrod M. Patten answered Plaintiff's Complaint, Plaintiff asked Defendants to stipulate to the dismissal of Count IV of the Complaint. Defendants did not accede to Plaintiff's request.

5. Therefore, Plaintiff moves for voluntary dismissal of Count IV of the Complaint, entitled "Negligence—Jarrod M. Patten."

6. Plaintiff is not voluntarily dismissing Counts I, II, III, V, and VI of the Complaint.

7. Jarrod M. Patten has not filed a counterclaim.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court grant Plaintiff's Motion for Voluntary Dismissal of Count IV of the Complaint.

Respectfully submitted,

BODE & GRENIER, LLP

/s/_____
Eric D. Mitchell (D.C. Bar No. 438607)
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, NW
Ninth Floor
Washington D.C. 20036
Phone: (202) 828-4100
Fax: (202) 828-4130
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of April, 2008, a copy of Plaintiff's Motion for Voluntary Dismissal of Count IV of Complaint was served by electronic filing upon:

Steven J. McCool, Esquire
Dan McNamara, Esquire
Mallon & McCool, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006

Barry Coburn, Esquire
Jeff Coffman, Esquire
Coburn & Coffman, PLLC
1244 19th Street, N.W.
Washington, D.C. 20036

Angela D. Sheehan, Esquire
Gorman & Williams
Two North Charles Street
Suite 750
Baltimore, MD 21201

           __/s/_____
           Eric D. Mitchell

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **NEILL S. BASSI** | ) | |
| | ) | |
| **Plaintiff/Counter-Defendant,** | ) | |
| | ) | |
| v. | ) | Civil Action No.: 07-1277 (JDB) |
| | ) | |
| **JARROD M. PATTEN, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion for Voluntary Dismissal of Count IV of Complaint, and the entire record herein, it is this _____ day of _____, 2008, hereby

ORDERED that Plaintiff's Motion for Voluntary Dismissal of Count IV of Complaint is GRANTED.

                                                      _____
                                                      JOHN D. BATES
                                                      UNITED STATES DISTRICT JUDGE

cc
Eric D. Mitchell, Esq.
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, NW
Ninth Floor
Washington D.C. 20036

Angela D. Sheehan, Esq.
Gorman & Williams
Two North Charles Street
Suite 750
Baltimore, MD 21201

Steven J. McCool, Esq.
Daniel T. McNamara, Esq.
Mallon & McCool, LLC.
1776 K Street, N.W.
Suite 200
Washington D.C. 20006

Barry Coburn, Esq.
Jeff Coffman, Esq.
Coburn & Coffman, PLLC
1244 19th Street, N.W.
Washington, D.C. 20036