UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEILL S. BASSI,<br><br>    Plaintiff,<br><br>        v.<br><br>JARROD M. PATTEN, et al.,<br><br>    Defendants. | Civil Action No. 07-1277 (JDB) |

## SCHEDULING ORDER

Pursuant to the status conference held on this date, it is hereby **ORDERED** that the parties shall adhere to the following schedule:

1. Dispositive motions are due by not later than June 23, 2008. Oppositions thereto are due by not later than July 14, 2008. Replies thereto are due by not later than July 21, 2008.

2. Upon receipt of the final reply brief, this case will be referred to Magistrate Judge Facciola for mediation and facilitation of settlement discussions for a period of sixty days.

3. A joint status report updating the Court on the progress of settlement discussions is due by not later than September 12, 2008.

4. A pretrial conference is scheduled for November 14, 2008 at 3:30 p.m.

5. A trial period consisting of seven days is scheduled beginning on January 12, 2009.

**SO ORDERED**.

                                                /s/ John D. Bates
                                            JOHN D. BATES
                                   United States District Judge

Dated:   May 23, 2008