UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| NEILL S. BASSI, | ) |
| | ) |
|    Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) Civil Action No.: 07-1277 (JDB) |
| | ) |
| JARROD M. PATTEN, | ) |
| | ) |
|    Defendant, | ) |
| | ) |
|    and | ) |
| | ) |
| CASEY T. PATTEN, | ) |
| | ) |
|    Defendant/Counter-Plaintiff. | ) |
| _____ | ) |
| | ) |
| JARROD M. PATTEN | ) |
| | ) |
|    Defendant/Third-Party Plaintiff | ) |
| | ) |
| and | ) |
| | ) |
| CASEY T. PATTEN | ) |
| | ) |
|    Defendant/Counter-Plaintiff/ | ) |
|     Third-Party Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| GREG DAVIS | ) |
| | ) |
|    Third-Party Defendant | ) |

## NOTICE OF FILING

Defendant/Third-Party Plaintiff ("Third Party Plaintiff") Jarrod M. Patten, by and through undersigned counsel, respectfully submits this notice of filing to update the Court on his efforts to serve Greg Davis.

On April 25, 2008, a copy of the third-party summons and complaint, along with a copy of this Court's order directing service, was hand-delivered to the United States Marshals Service (Marshals). At a recent status conference in this matter, the Court requested on update on efforts to serve Mr. Davis.

Undersigned counsel contacted the Marshals and was informed that the third-party summons and complaint could not be located. The Marshals indicated they would continue to look. Undersigned counsel will have a new third-party summons issued and delivered early next week if necessary.

                                             Respectfully submitted,

                                             _____/s/_____
                                             DANIEL T. MCNAMARA
                                             D.C. Bar No. 494834
                                             MALLON & McCOOL, LLC
                                             1776 K Street, NW
                                             Suite 200
                                             Washington, D.C.  20006
                                             202 393-7088

                                             Attorney for Defendant/Third-Party Plaintiff
                                             Jarrod M. Patten

3

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June 2008, the foregoing notice of filing was filed electronically and, to the best of my knowledge, information and belief, all parties will be notified through the Electronic Case Filing System.

_____/s/_____
DANIEL T. MCNAMARA