UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEILL S. BASSI, | ) |
|     Plaintiff/Counter-Defendant, | ) |
|     v. | ) Civil Action No. 07-1277 (JDB) |
| JARROD M. PATTEN, | ) |
|     Defendant, | ) |
|     and | ) |
| CASEY T. PATTEN, | ) |
|     Defendant/Counter-Plaintiff. | ) |
| JARROD M. PATTEN, | ) |
|     Defendant/Third-Party Plaintiff, | ) |
|     and | ) |
| CASEY T. PATTEN, | ) |
|     Defendant/Counter-Plaintiff/ Third-Party Plaintiff, | ) |
|     v. | ) |
| GREG DAVIS, | ) |
|     Third-Party Defendant. | ) |

**DEFENDANT CASEY T. PATTEN'S
CONSENT MOTION FOR LEAVE TO
<u>FILE REPLY MEMORANDUM ONE DAY LATE</u>**

Defendant Casey T. Patten respectfully moves for leave to file his reply memorandum in support his motion for summary judgment one day late. Plaintiff's counsel kindly has consented to this motion. We are one day late because undersigned counsel Barry Coburn has been in Shreveport, Louisiana on an unrelated case since Sunday, July 20, 2008, and his travel plans were significantly disrupted by a late flight, impairing his ability to edit our reply memorandum.

Pursuant to Local Rules 7(c) & (h) and 56.1, submitted herewith is a proposed order.

Respectfully submitted,

/s/ Barry Coburn
Barry Coburn, D.C. Bar # 358020
Jeffrey C. Coffman, D.C. Bar # 493826
COBURN & COFFMAN, PLLC
1244 19th Street, NW
Washington, D.C. 20036
(202) 657-4490

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of our Consent Motion to File Reply Memorandum One Day Late, along with the accompanying proposed order, was served by ECF upon all counsel in this case, this 22nd day of July, 2008.

                                    _____/s/ Barry Coburn_____
                                    Barry Coburn

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEILL S. BASSI, | ) |
| Plaintiff/Counter-Defendant, | ) |
| v. | ) Civil Action No. 07-1277 (JDB) |
| JARROD M. PATTEN, | ) |
| Defendant, | ) |
| and | ) |
| CASEY T. PATTEN, | ) |
| Defendant/Counter-Plaintiff. | ) |
| JARROD M. PATTEN, | ) |
| Defendant/Third-Party Plaintiff, | ) |
| and | ) |
| CASEY T. PATTEN, | ) |
| Defendant/Counter-Plaintiff/ Third-Party Plaintiff, | ) |
| v. | ) |
| GREG DAVIS, | ) |
| Third-Party Defendant. | ) |

## **ORDER**

Upon consideration of Defendant Casey Patten's Motion For Leave to File Reply Memorandum One Day Late, it is hereby ordered that said motion is granted.

**SO ORDERED.**

_____       _____
Date                                                              John D. Bates
                                                                            United States District Judge