**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NEIL S. BASSI**                     ) | |
|                                         ) | |
|     **Plaintiff/Counter-Defendant**     ) | |
|                  **v.**                     ) | **Civil Action: 07-1277 (JDB)** |
|                                         ) | |
| **JARROD M. PATTEN,** *et. al.*     ) | |
|                                         ) | |
|     **Defendants.**                     ) | |

**DEFENDANT/THIRD-PARTY PLAINTIFF JARROD M. PATTEN'S SECOND SUPPLEMENTAL MOTION FOR SERVICE OF THIRD-PARTY SUMMONS AND COMPLAINT BY THE UNITED STATES MARSHALS SERVICE AND INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant/Third-Party Plaintiff Jarrod M. Patten, by and through counsel, hereby moves this Honorable Court for an Order requiring the United States Marshals Service ("U.S. Marshals") to make further efforts to serve a copy of the third-party summons and complaint upon third-party defendant Greg Davis. In support of this motion, Mr. Patten submits the following:

1. On April 11, 2008, this Honorable Court, pursuant to Fed. R. Civ. P. 4(c)(3), entered an order directing the U.S. Marshals to serve a copy of the third-party summons and complaint on Third-Party Defendant Greg Davis.

2. On July 8, 2008, the U.S. Marshals returned this third-party summons and complaint as unexecuted. The remarks section of the "Process Receipt and Return" which was filed indicates that on July 2, 2008 the U.S. Marshals made one unsuccessful attempt to serve Mr. Davis at his last known address. *See* Process Receipt and Return (Exhibit A).

3. There is no indication that the U.S. Marshals made any effort to determine Mr. Davis' current address or place of employment. Nor is there any indication that any other efforts were made to locate Mr. Davis.

WHEREFORE, Defendant/Third-Party Plaintiff Jarrod Patten seeks an Order requiring the U.S. Marshals to make further efforts to locate and serve Third-Party Defendant Greg Davis.

Respectfully submitted,

_____
DANIEL T. MCNAMARA
D.C. Bar No. 494834
MALLON & McCOOL, LLC
1776 K Street, N.W.
Suite 200
Washington, D.C. 20006
(202) 393-7088

Counsel for Jarrod Patten

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on July 29, 2008, a copy of the foregoing was served on all parties through the electronic document filing system of the United States District Court for the District of Columbia.

                                                   _____/s/_____
                                                   DANIEL T. MCNAMARA

Case 1:07-cv-01277-JDB    Document 41    Filed 07/29/2008    Page 4 of 4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NEIL S. BASSI** | ) |
| | ) |
| **Plaintiff/Counter-Defendant** | ) |
| v. | ) Civil Action: 07-1277 (JDB) |
| | ) |
| **JARROD M. PATTEN**, *et. al.* | ) |
| | ) |
| **Defendants**. | ) |

## ORDER

Upon consideration of Defendant/Third-Party Plaintiff Jarrod Patten's Second Supplemental Motion for Service of Third-Party Summons and Complaint by the United States Marshals Service, any response thereto, and the entire record in this matter it is hereby

**ORDERED**, that Defendant/Third-Party Plaintiff Patten's motion is granted, and it is further

**ORDERED,** that the United States Marshals Service shall continue its efforts to serve Third-Party Defendant Greg Davis, and it is further

**ORDERED,** that the United States Marshals Service shall provide the Court with a status report on its efforts to serve Third-Party Defendant Greg Davis within 30 days of the date of this order.

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT COURT JUDGE