REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE B

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 28:1332 Diversity-Personal Injury | | | |
|---|---|---|---|---|
| CASE NO: 07-1277 | DATE REFERRED: 07/28/08 <br><br> DISPOSITION DATE: | PURPOSE: Settlement Discussions | JUDGE: JOHN D. BATES | MAG. JUDGE JOHN M. FACCIOLA |

| PLAINTIFF(S): <br> NEILL S. BASSI | DEFENDANT(S): <br> CASEY T. PATTEN |
|---|---|

ENTRIES:

FOR A PERIOD OF SIXT (60) DAYS