UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| NEILL S. BASSI )<br>)<br>    Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>JARROD M. PATTEN, et al. )<br>)<br>    Defendants. ) | Civil Action No.: 07-1277 (JDB) |

**PLAINTIFF'S RESPONSE TO JARROD M. PATTEN'S
SECOND SUPPLEMENTAL MOTION FOR SERVICE OF THIRD-PARTY
SUMMONS AND COMPLAINT BY UNITED STATES MARSHALS SERVICE**

Plaintiff Neill S. Bassi, through counsel, does not oppose the motion of Jarrod M. Patten for service by the United States Marshals Service. Plaintiff notes for the record, however, that it is more appropriate for the movant, not the United States Marshals Service, to provide the Court with a status report within thirty days of the date of the order regarding his motion.

Respectfully submitted,

BODE & GRENIER, LLP

/s/_____
Eric D. Mitchell (D.C. Bar No. 438607)
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, NW
Ninth Floor
Washington D.C. 20036
Phone: (202) 828-4100
Fax: (202) 828-4130
Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 7th day of August, 2008, a copy of the foregoing document was served by electronic filing upon:

Steven J. McCool, Esquire
Dan McNamara, Esquire
Mallon & McCool, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
Attorneys for Jarrod M. Patten

Barry Coburn, Esquire
Coburn & Coffman, PLLC
1244 19th Street, N.W.
Washington, D.C. 20036
Attorneys for Casey Patten

                                            __/s/_____
                                            Eric D. Mitchell

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **NEILL S. BASSI** | ) | |
| | ) | |
|     **Plaintiff/Counter-Defendant,** | ) | |
| | ) | |
| v. | ) | **Civil Action No.: 07-1277 (JDB)** |
| | ) | |
| **JARROD M. PATTEN, et al.** | ) | |
| | ) | |
|     **Defendants.** | ) | |

## ORDER

UPON CONSIDERATION of Jarrod M. Patten's Second Supplemental Motion for Service of Third-Party Summons and Complaint by the United States Marshals Service, Neill S. Bassi's response thereto, and the entire record, it is this _____ day of _____, 2008, hereby

ORDERED that Jarrod M. Patten's Second Supplemental Motion for Service of Third-Party Summons and Complaint by the United States Marshals Service is hereby granted; and it is further

ORDERED that Jarrod M. Patten shall provide the Court with a status report on the United States Marshals Service's efforts to serve the Third-Party Summons and Complaint within thirty days of this Order.

 

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

1

cc
Eric D. Mitchell, Esq.
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, NW
Ninth Floor
Washington D.C. 20036

Angela D. Sheehan, Esq.
Gorman & Williams
Two North Charles Street
Suite 750
Baltimore, MD 21201

Steven J. McCool, Esq.
Mallon & McCool, LLC.
1776 K Street, N.W.
Suite 200
Washington D.C. 20006

Barry Coburn, Esq.
Jeff Coffman, Esq.
Coburn & Coffman, PLLC
1244 19th Street, N.W.
Washington, D.C. 20036