UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **NEILL S. BASSI** | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 07-1277 (JDB) |
| | ) | |
| **JARROD M. PATTEN, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF/COUNTER-DEFENDANT NEILL S. BASSI'S
MOTION TO MODIFY SCHEDULING ORDER
TO PERMIT ADDITIONAL DISCOVERY**

Plaintiff/Counter-Defendant Neill S. Bassi ("Bassi"), through counsel, respectfully moves this Court to modify the scheduling order to permit additional discovery into the facts surrounding Defendant Jarrod M. Patten's recent conviction for threatening a United States Secret Service Officer. Defendants have previously been granted two extensions of discovery. In support of his motion, Bassi states as follows:

1.  This action is based on tort and assault claims by Bassi that arise from a fight involving Jarrod Patten and Casey Patten in January 2007 at a bar where Bassi worked as a doorman. After Jarrod Patten and Casey Patten were advised that they could not enter the bar because it was closed, the Pattens verbally threatened Bassi and the other doormen before initiating a physical fight with the doormen.

2.  On June 5, 2008, ten days before discovery closed in this case, Jarrod Patten appeared before the Superior Court of the District of Columbia on a charge of making felony threats to a United States Secret Service Officer. According to the Arrest Report, the uniformed secret service officer was rerouting pedestrian traffic on December

1

29, 2007 when Jarrod Patten approached him. When the officer told Jarrod Patten to detour around a closed sidewalk, Jarrod Patten ignored him and continued walking. When the officer ordered Jarrod Patten to stop, Jarrod Patten threatened to kill him. A copy of the Secret Service Arrest/Prosecution Report is attached as Exhibit 1.

3.  Bassi learned of Jarrod Patten's criminal case arising from this December 2007 incident when the District of Columbia Metropolitan Police Department produced documents to Bassi's counsel on July 16, 2008.

4.  Jarrod Patten's conduct in the incident underlying this case mirrors his conduct less than a year later when he responded to authority with verbal threats and physical intimidation.

5.  Bassi requests that additional discovery be permitted for the specific purpose of further factual investigation into this incident. In order to obtain complete information regarding this incident, Bassi needs additional time in which to pursue the production of documents from the United States Secret Service. Bassi also wants to investigate whether Casey Patten was present when this incident occurred, and whether Casey Patten was charged in the incident.

6.  Local Rule 16.4 provides that the court may modify the scheduling order at any time upon a showing of good cause. The "good cause" standard primarily considers the diligence of the party seeking the amendment. *DAG Enterprises, Inc. v. Exxon Mobil Corp.*, 226 F.R.D. 95, 105 (D.D.C. 2005).

7.  Bassi diligently pursued discovery during the allowed time period in this case. Bassi served a subpoena on the District of Columbia Metropolitan Police Department on March 7, 2008 – well within the discovery period. However, Bassi did

not receive documents reflecting Jarrod Patten's threats to a U.S. Secret Service Officer until July 16, 2008 when the District of Columbia Police produced the requested documents. Thus, Bassi did not have any documentation relating to the similar incident until after discovery closed in this case. Bassi had no opportunity to obtain documents and conduct discovery related to this incident before discovery closed.

8. This is Bassi's first request to modify the Scheduling Order.

9. The Court extended the discovery deadline twice at Defendants' request: (i) on March 20, 2008, the Court extended discovery to May 15, 2008; and (ii) on May 8, 2008, the Court extended discovery to June 9, 2008, for the limited purpose of allowing Defendants to depose Dr. Harry Verby.

10. Bassi has demonstrated good cause for seeking the reopening of discovery. Bassi requests that discovery be reopened for 45 days to allow Bassi to conduct discovery into the incident giving rise to Jarrod Patten's recent conviction in the Superior Court of the District of Columbia.

11. Refusing to reopen discovery would create a substantial risk of unfairness to Bassi. Trial is not scheduled until January 12, 2009, thus, Defendants will not suffer prejudice as a result of a short extension of discovery.

12. Under Local Rule 7(m), Bassi's counsel has conferred with counsel for both Defendants, who have informed Bassi's counsel that they do not consent to the relief requested herein.

WHEREFORE, Neill S. Bassi respectfully requests entry of an Order modifying the scheduling order by reopening discovery in this matter.

Respectfully submitted,

BODE & GRENIER, LLP

/s/_____
Eric D. Mitchell (D.C. Bar No. 438607)
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, NW
Ninth Floor
Washington D.C. 20036
Phone: (202) 828-4100
Fax: (202) 828-4130
Attorney for Plaintiff

GORMAN & WILLIAMS

/s/_____
Angela D. Sheehan (D.C. Bar No. 420338)
Gorman & Williams
36 South Charles Street, Suite 900
Baltimore, MD 21201
(410) 528-0600
(410) 528-0602 (fax)
Attorneys for Counter-Defendant Bassi

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of August, 2008, a copy of the foregoing document was served by electronic filing upon:

Steven J. McCool, Esquire
Dan McNamara, Esquire
Mallon & McCool, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
Attorneys for Jarrod M. Patten

Barry Coburn, Esquire
Jeff Coffman, Esquire
Coburn & Coffman, PLLC
1244 19th Street, N.W.
Washington, D.C. 20036
Attorneys for Casey T. Patten

\_\_/s/_____
Eric D. Mitchell

4

# UNITED STATES SECRET SERVICE
## UNIFORMED DIVISION
### ARREST/PROSECUTION REPORT

**2. ID NUMBER (ID ONLY):** 60723

**5. UNIT:** USSS
**ARREST NO.:** 07-00268
**6. DEFENDANT'S NAME (Last, First, Middle at time of arrest):** PATTEN JARROD M.
**7. DEA LAB NUMBER:** —

**8. ARRESTING OFFICER'S NAME:** Matuszewski, Marcin
**Rank:** Officer   **Badge #:** 1360   **Branch:** SS/UDW
**9. TYPE OF RELEASE:** ☒ Lock Up
**11. PHONE NUMBER:** 202-271-2317
**12. COURT DATE:** 12/31/2007
**13. ADDRESS:** 777 7th Street Unit #1024, Washington DC 20001
**14. TIME IN DC:** 15 YEARS

**16. SEX:** MALE   **17. RACE:** WHITE   **18. BIRTHDATE:** 02/04/1972   **19. SSN:** 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
**21. HEIGHT:** 6'3"   **22. WEIGHT:** 225 LBS   **23. HAIR:** BLACK   **24. EYES:** BROWN   **25. COMPLEXION:** MEDIUM
**27. BIRTHPLACE:** FAYETVILLE, N.C.
**20. NEED INTERPRETER:** ☒ NO
**28. CO-DEFENDANTS:** 0
**29. IMPERSONATOR?:** ☒ NO
**31. CAUTION:** THREATENS COPS
**32. SCARS/MARKS/TATTOOS:** NONE

**33. HAT:** N/A   **34. JACKET:** N/A   **35. PANTS:** BLUE JEANS
**36. COAT:** GREY SWEATSHIRT   **37. SHIRT:** WHITE T-SHIRT   **38. SKIRT/DRESS:** N/A

**39. WALES / NCIC CHECK**
**Check made by:** OFC. 2D   **NCIC Number:** 90650   **Warrant on file:** ☒ No

**40. LOCATION OF OFFENSE:** 800 BLK. OF 17TH STREET, WASHINGTON DC N.W.
**District Quadrant:** NORTHWEST   **Date of Offense:** 12/29/2007   **Time of Offense:** 2342
**41. LOCATION OF ARREST:** 800 17TH STREET NORTHWEST, WASHINGTON DC
**District Quadrant:** NORTHWEST   **Date of Arrest:** 12/30/2007   **Time of Arrest:** 0020

**43. DEFENDANT ADVISED OF RIGHTS**
**Date:** 12/30/2007   **Time:** 0048   **Location:** 2ND DISTRICT STATION
**Officer:** MATUSZEWSKI MARCIN   **Badge No.:** 1360   **Unit:** SS/UDW

**44. COMPLAINANTS / WITNESSES:** (none listed)

**CHARGES:**

| # | Charges | NOI or Warrant Number | CCN | MPD Dispos. | Colla./Bond Receipt No. |
|---|---|---|---|---|---|
| 1 | FELONY THREATS | NA | 178-017 | L/U | |

**51. INITIALS - DATE - UNIT OF PERSON TAKING PRINT:** AM 12/30/07

UNITED STATES SECRET SERVICE — COMPLETE ALL REQUIRED FIELDS AND MAKE FIVE COPIES FRONT TO BACK
SSF 163 (06/2003)


EXHIBIT 1

**55. EMPLOYMENT HISTORY** (List present employment, if any, on Line 1)

| FROM - DATE - TO | EMPLOYER | ADDRESS | BUS. PHONE | OCCUPATION |
|---|---|---|---|---|
| 1. 1997 - PRESENT | RRG | 1901 PENNSYLVANIA AVE. DC. NW. | 202-272-2711 | VICE-PRESIDENT |
| 2. | | | | |

**56. NAMES OF LIVING FAMILY, RELATIVES, FRIENDS AND ASSOCIATES** (Begin with immediate family)

| RELATIONSHIP | DOB/AGE | NAME - LAST, FIRST, M.I. | ADDRESS - STREET, CITY, STATE, ZIP CODE | PHONE NUMBER |
|---|---|---|---|---|
| | | REFUSED | | |
| | | | | |
| | | | | |

**57. MILITARY SERVICE: BRANCH / DATE FROM - TO**
N/A

**58. TELEPHONE CALL MADE**
☐ YES ☒ NO ☐ REFUSED

**59. PHONE NUMBER**

**60. STATEMENT OF FACTS:** (Give a brief statement in your own words, of the facts surrounding the offense and the arrest (Use Continuation Form SSF 202A for additional space.) Note present condition of any injured person(s). Do not give Witnesses' Names or Addresses. Refer to them as W1 or W2, etc. as indicated in item 31.)

THE EVENT OCCURED ON December 29, 2007 AT 2342 AT 800 BLK. OF 17TH STREET, WASHINGTON DC N.W. NORTHWEST IN THE CITY OF WASHINGTON DC.

While on patrol in marked police cruiser AO (Matuszewski) responded to 800Blk. of 17th street to assist other police units reroute the pedestrian traffic in the 800 block due to an arrest they were making. AO advise an individual later identified as S1 (Patten), via word of mouth, that he would have to cross the street to proceed north or wait until the sidewalk was reopened.

S-1 continue to walk past AO, at which time AO instructed S-1 to stop. When S1 stopped he spun around and looking straight at AO stated "I'm going to have you fucking killed" and then took a step towards AO.

At 0020 hours S-1 was placed under arrest for Felony Threats and transported to 2D for processing. From here on out S1 will be referred to as D1 (Patten).

At 0048 hours D-1 was read his rights while at 2D.

**61. DEFENDANT'S VERSION/ REMARKS:** (What did defendant say about the offense or his/her whereabouts at the time of offense?) (Use SSF 118 for defendant's written statement.)

**62. RECORD CLERK'S NAME**

**63. ARREST RECORD SUMMARY**
1.  2.  3.  4.  5.  6.

**64. PROPERTY BOOK/PAGE NO.** PRISONER'S PROPERTY ONLY
1245 / 346

**65. BAIL REFORM ACT CASES:** Was a statement made by defendant in reference to his/her failure to appear? ☐ Yes ☒ No
(If yes, include in Defendant's Version/Remarks Section above.)

**66. PRINTED NAME - OFFICER MAKING STATEMENT:** Marcin Matuszewski
**BADGE NUMBER:** 1360
**RANK:** Officer
**68. SIGNATURE OF REVIEWING OFFICIAL**

**67. SIGNATURE OF OFFICER MAKING STATEMENT**
**UNIT:** SS/UDW
**DATE:** 12/30/2007
**UNIT:** SS/UDW
**DATE:** 12/30/07

UNITED STATES SECRET SERVICE — COMPLETE ALL REQUIRED FIELDS AND MAKE FIVE COPIES FRONT TO BACK — SSF 163 (06/2003)
DISTRIBUTION: Copy 1 to ID &R: Copies 2 & 3 to Prosecutor. Copy 4, Unit Copy. Page 5, Officer's Copy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **NEILL S. BASSI** | ) | |
| | ) | |
| **Plaintiff/Counter-Defendant,** | ) | |
| | ) | |
| v. | ) | Civil Action No.: 07-1277 (JDB) |
| | ) | |
| **JARROD M. PATTEN, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

UPON CONSIDERATION of Neill S. Bassi's Motion to Modify Scheduling Order to Permit Additional Discovery, Defendants' responses thereto, and the entire record, it is this _____ day of _____, 2008, hereby

ORDERED that Neill S. Bassi's Motion to Modify Scheduling Order to Permit Additional Discovery is hereby GRANTED; and it is further

ORDERED that discovery shall be reopened for a period of 45 days from the date of this Order to permit Neill S. Bassi to investigate the incident involving Jarrod M. Patten and/or Casey Patten and the United States Secret Service that occurred on or about December 29-30, 2007, including any criminal proceedings related to that incident.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

cc
Eric D. Mitchell, Esq.
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, NW
Ninth Floor
Washington D.C. 20036

Angela D. Sheehan, Esq.
Gorman & Williams
36 South Charles Street
Suite 900
Baltimore, MD 21201

Steven J. McCool, Esq.
Daniel McNamara, Esq.
Mallon & McCool, LLC.
1776 K Street, N.W.
Suite 200
Washington D.C. 20006

Barry Coburn, Esq.
Jeff Coffman, Esq.
Coburn & Coffman, PLLC
1244 19th Street, N.W.
Washington, D.C. 20036