UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEILL S. BASSI ) | |
| ) | |
| Plaintiff/Counter-Defendant ) | |
| ) | |
| v. ) | Civil Action No.: 07-1277 (JDB) |
| ) | |
| JARROD M. PATTEN ) | |
| ) | |
| Defendant ) | |
| ) | |
| and ) | |
| ) | |
| CASEY T. PATTEN ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

DEFENDANT CASEY PATTEN'S OPPOSITION
TO PLAINTIFF'S MOTION TO
<u>MODIFY SCHEDULING ORDER TO PERMIT ADDITIONAL DISCOVERY</u>

Defendant Casey Patten, through counsel, respectfully opposes Plaintiff's Motion To Modify Scheduling Order To Permit Additional Discovery. A proposed order accompanies this opposition.

We respectfully adopt the grounds stated in our co-defendant Jarrod Patten's Opposition to the instant motion. The arrest at issue of Jarrod Patten evidently occurred on December 29, 2007, months prior to the expiration of discovery. Plaintiff could have inquired about it either via interrogatory or during Jarrod Patten's deposition, but evidently did not propound questions eliciting this information and provides no reason in his motion why he did not do so. He also could have moved to compel a timely response to the subpoena he served upon the Metropolitan Police Department, but did not do so. Absent a compelling justification for electing not to pursue this matter during discovery,

which has not been proffered by the Plaintiff, no basis exists for reopening discovery at this late date.

Plaintiff notes that we sought and received two extensions of discovery in this case.  Each, however, was supported by good cause, and each was sought prior to the expiration of the discovery period.  Neither was sought after the close of discovery and after dates for the pretrial conference and trial were set.

Plaintiff suggests that the extension sought would not disturb the existing trial date.  In fact, however, the opposite could well be the case.  Plaintiff proffers in his motion that part of the reason for the extension is to determine – though no predicate for this appears to exist at this point – whether our client, Casey Patten, was involved in the incident Plaintiff seeks to investigate.  Accordingly, Plaintiff may seek to reopen briefing on our pending motion for summary judgment, reopen either or both defendants' depositions, or otherwise expand the scope of discovery in this case in a manner that could well necessitate postponement of the pretrial conference or trial.  Such a postponement would prejudice our client, Casey Patten.  Our client is not a wealthy person and it is not an easy matter for him to pay legal fees, which would be increased significantly by an extension of discovery and postponement of the carefully scheduled dates that ultimately will lead to a termination of this case.  Further, the pendency of this case produces very substantial anxiety for our client, which would be exacerbated by further discovery and possible postponement of the pretrial conference and trial dates.

Accordingly, it is respectfully submitted that since good cause does not exist to support Plaintiff's motion, it should be denied.

Respectfully submitted,

/s/
_____
Barry Coburn
Coburn & Coffman PLLC
1244 19th Street, NW
Washington, D.C.  20036
202-470-6706

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of August, 2008, the foregoing has been served electronically upon all counsel of record via ECF.

/s/
_____
Barry Coburn

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEILL S. BASSI ) | |
| ) | |
| Plaintiff/Counter-Defendant ) | |
| ) | |
| v. ) | Civil Action No.: 07-1277 (JDB) |
| ) | |
| JARROD M. PATTEN ) | |
| ) | |
| Defendant ) | |
| ) | |
| and ) | |
| ) | |
| CASEY T. PATTEN ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

ORDER

Upon consideration of Plaintiff's Motion To Modify Scheduling Order To Permit Additional Discovery, and Defendants' opposition thereto, it is hereby ORDERED that said motion is DENIED.

_____   _____
Date                                          John D. Bates
                                                    United States District Judge