**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NEIL S. BASSI** | : |
| | : |
|    **Plaintiff/Counter-Defendant** | : |
| | : |
| **v.** | : **Case No. 1:07-cv-01277-JDB** |
| | : |
| **JARROD M. PATTEN**, et al | : |
| | : |
|    **Defendant/Counter-Plaintiff** | : |

### NOTICE OF ENTRY OF APPEARANCE

The Clerk will please enter the appearance of Michael A. DeSantis, Esquire and Hartel, Kane, DeSantis, MacDonald & Howie, LLP, as counsel for the Defendant, Jarrod M. Patten, only, and in his capacity as a party defendant, only.

                      Respectfully submitted:

                      HARTEL, KANE, DeSANTIS,
                      MacDONALD & HOWIE, LLP



                    /S/ Michael A. DeSantis
                    Michael A. DeSantis, #422602
                    11720 Beltsville Drive, Suite 500
                    Beltsville, MD 20705-3166
                    Telephone: (301)486-1200
                    Facsimile: (301)486-0935
                    Email: mdesantis@hartelkane.com
                    Attorney for Defendant
                    Jarrod M. Patten

### CERTIFICATE OF SERVICE

I hereby certify that on this _21st_ day of _August_, 2008, a copy of the foregoing was mailed, first class mail, postage prepaid and/or electronically served to:

---

HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

```
Eric D. Mitchell, Esquire
BODE & GRENIER, LLP
9th Floor
1150 Connecticut Avenue, N.W.
Washington, D.C.  20036-4104

Frank F. Sommers, IV
SOMMERS & SCHWARTZ, LLP
The Sacramento Tower, Suite 700
550 California Street
San Francisco, CA 94104

Steven J. McCool, Esquire
MALLON & McCOOL, LLC
Suite 200
1776 K Street, N.W.
Washington, D.C.  20006

Daniel Thomas McNamara, Esquire
MALLON & McCOOL, LLC
Suite 920
300 East Lombard Street
Baltimore, MD 21202

Barry Coburn, Esquire
COBURN & COFFMAN, PLLC
1244 19th Street, N.W.
Washington, D.C.  20036

Angela Donovan Sheehan, Esquire
GORMAN & WILLIAMS
Suite 900
36 South Charles Street
Baltimore, MD 21201
```

                    /s/ Michael A. DeSantis
                      Michael A. DeSantis

E:\MAD\Bassi v. Patten, et al\Entry of Appearance.8.21.08.mh.wpd

HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205